**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

Arthur M. Notz III
_____
        Plaintiff

vs.                                    Case Number: _____

                                       5:22 CV-239 - GAP-PRL

The People And
Donald Trump
        Defendant
And The State ████████
of Florida.    Discovery Lawsuit
               (Title of Document)  (Death wish 4)

① Stole The Apprentice (Donald Trump)
  — Stole it off my Resume. Jack Mule
  — Used it to try Make an ass (Donkey)
    ██ out of me. Even at Alamosa even at A Bar.)
  — Including Ric And A Resturant
  — And the state Scott of Florida Since 2004.
  — The ██ People have been William Scott.
    Harrassing the Person Dildo(s).
  Dildonado, The Brooksville Rd., Prison,
  Jail, Hernando County, St. Pete Jail, Kevin Harth
  Lake County → Iberty, Iberia, Stevey/Andre
  Miley Cyrus, A cop Name Miley in St. Pete
  Open Threat by All. Dickless toilet And
  Broke Chicks... Sewer in A Library.

② How do you spell discovery! And Hiding In A Library. And More than one Library

③ Sylvester Stallone Even At the Sage in farmington, NM. Yellow Plates including Donald Trump. And Cristina An Ex-Girlfriend Lawsuit

④ No Nutt Navy sailor in Brooksville Jail even on the Discovery Channel open threats from cop's And the People.

⑤ 5 Dollar Food + A Jeff (cops) Phister open Threat even from the People. ~~~~~~~~~~~~ cop's/court Judge House

⑥ F.B.I. Meuller And open Threat from the People even In farmington, N.M. of A local well...

⑦ ●● ● B-ADGE, Water Works, Electrical tics (Spare me the) Discovery Chan, The President, The People, E-tc, They Are All Threatening,

⑧ (In gte)-00-8-up the A$$, Threatening Me as
 ⑧ In-Ate-Lee Stupid...

⑨ Tryed to Ker-A-Bat (Boy) In Kingman They (Cer-bat) Tryed to Cerbat...(Boy... Arizona,

⑩ Tryed Making Display, or Ass, out of the Person talking.

⑪ Stealing all of My Idea's...
 They were stealing all my Idea's...

⑫ The Rest trying to make the person talking Sound And Look Like Pollack's

Lawsuit Against Sally Port
Even Against Sally (Field) the Court A Dollhouse
Even calling Me A Dollhouse



Ass, And Rufus the Dufus, or Rufus Robbit... In Public, Private, And on Broad Cast Television. have been threatening me as An Idiot, dombass, Jackass, Idiom, Donkey, Rainbow Room Idiot... Quef(as)...

(13) I want Reporation's for that And Monetary Amount, of

① Three Trillion Dollars,
② My Driver's Liscense Reinstated,
③ And Record Cleaned Off.

If I Listed Every thing they stole I'de bey Here All day... Several of which is in here, or on a Short, List. They stole Idea's, Design, Plan's, to A Kitchen, Vehicle's, the Person's talking Life Plan's, to do Anything, Clothing, Apparrell, Life Goals...

Arthur M. Notz III
Name
ZIOZI Shady Grove Rd
Street Address
Groveland, Fl. 34736
City, State, Zip Code
(352) 365-1639
Telephone Number

Sincerly,

Arth Notz

FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

Arthur M. Notz III
Plaintiff

vs.                                    Case Number: _____

_____
Defendant

**COMPLAINT**

(Stop Allowing Children
to Mock the Person As
A AN Idiot, or Jackass/
Donkey)

① Wasting Time

Read All
Amendments. The Fed. Already Knows, +
+ They've Been
Etc... Notified Here.
Clerk US District Court
Middle District of Fl
Ocala, Fl.    Known As The
Federal Gov.

Loose
The Sniveling
Cops...
Snively
Threating
Me As Idiot



50,000,000,000 => Evidence...

DVD Sales & Television Airing of the Films (Law Suit Valid Till Death )
Using Me For Promoting Gozillians Of Dollars In Multimedia!!!
Entire Industries And then some. (World-Wide)
State Departments
Disadvantaged for the rest of my life, when everyone knows my Personell Information,
Likes, Dislikes, Intimate Details, Down to almost every last Detail and Aspect of
Conversation; either in film or some other Form...
**_Inflation Cost_** (Now and for the rest of Eternity) ^^^^ See Above ^^^^^^
Federal Government & Federal Entities (F.B.I.,D.O.D.,Military,Etc.)
Other (N.A.S.A., V.A., & Hospitals) ETC.
Mental Anguish,Techno-Terrorism,Aggravation,Duress,Harassment, E.T.C.
Debase And Deface me. Improper use of Imformation, Explotation, Etc.
The F.B.I.' s Entire Budget
Federal Gov./State Dept's. (Impeding The Law,Obstruction,Corruption,ETC.)
Local Authorities  (Ostracizing me for 4 Years)
Wasting 4 Years Of My Life (By not filing Law Suit)
SunTrust Bank (See Films and other Information,ETC.)
On Star by General Motors (G.M.) I HAVE MORE EVIDENCE ON ALL...
Mac Dill Federal Credit Union/Grow Financial & G.M. Motors
General Motors Corporation (G.M.C.) Germanic (Well I'm not African)
(General Mills) **G.M.**  General Motors, G.M.C., (Abbrev. of German & Germanic)
General Electric  "**G.E.**"("GERMANIUM" A SEMI-CONDUCTOR OF ELECTRICITY)
LG Company (Low German) Again not African.)
Ford Motor Company (Ranger, and Ranger Boats, ETC.)
Honda Odyssey, Element, (See other Information...)ETC.
Toyota (Matrix, Highlander, 4Runner (See Films, ETC...)  Jeep Etc.
Music, (Country, Rock, Rap) Etc.
ALL T.V. AND CABLE STATIONS RE-AIRING THE FILMS LISTED
T.V. Shows (Car 54, Herbie, Lone Ranger, Power Rangers, Lion King),Etc.
Microsoft Corporation
Social Services, Etc. (Also See Films)
Leaving me Exposed, especially me.  Knowing I was a Child, Innocent, and did not know
about the Information in the Films until Dec. 2005.  (NOT-Z)German.
Ruining Years Of My Life For The Rest Of Eternity...
Extra Specialty Items (Games, Cloths,Toys,Etc.)
Direct and Indirect Public Harassment
Production of Direct & Indirect Personal Information For Profit. That's Illegal.
Government promoting (GRAFT) in the force, (Exploitation Of ME Especially)
Lawsuit should've been filed in a reasonable & respectable time frame.
Putting A Target On My Back ETC.(Films,Resturants,Games,Auto's,Stores,Etc.)
Target                                  (AND)
Sam's Club                         (THEN)
Wal-M(Art) Products, Etc.        (SOME)
K M(Art)     Products, Cloths, Drinks, Films, Video Games, Accessories, Etc...
Sony  (All Grand Theft Auto, James Bond 007, Halo, Etc., and Etc.)
Comedy Central/Def Jams(Laugh Factory of Films & Didn't Know Until 2005 Dec.)

(Total) Kind Estimate **(200 PLUS FILMS)** **(BOX OFFICE TOTALS ONLY)**

(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)


(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)


(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)


(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)

| | |
|---|---|
| B.B.C. | (Entire Industries) |
| CBS | (Television) |
| NBC | (Film) |
| ABC | (Automobiles) |
| 20th Century Fox | (Athletics) |
| H.B.O. | (Etc.) |
| Miramax | (Etc.) |
| Warner Brothers | (Etc.) |
| New Line Cinema | (Etc.) |
| Universal | (Etc.) |
| Touchstone Pictures | (Etc.) |
| DreamWorks Pictures | (Etc.) |
| Columbia Pictures | (Etc.) |
| Paramount Pictures | (Etc.) |
| Pacific Western Films | (Etc.) |
| M.G.M. Films | (Etc.) |
| Hollywood Pictures | (Etc.) |
| Twentieth Century Fox | (Etc.) |
| Walt Disney Pictures | (Etc.) |
| Lionsgate Films | (Etc.) |
| Dimension Pictures | (Etc.) |
| MTV Films | (Etc.) |
| United Artist Films | (All of which are on the list for more than one reason) |
| Orion Pictures | (So don't jump to any early conclusions) |
| Kopelson Entertainment | (Etc.) |
| Valhalla Pictures | (Etc.) |
| Mandalay Entertainment | (Etc.) |
| Imagine Entertainment | (Etc.) |
| Centropolis Entertainment | (Etc.) |
| Lightstorm Entertainment | (Etc.) |
| Village Roadshow Pictures | (Etc.) |
| Miramax Pictures | (Etc.) |
| Happy Madison Films | (Etc.) |

D.M.V. and D.O.T. (Dept. of Motor Vehicle and Dept. of Transportation)

| | |
|---|---|
| The Entire Education System | (Etc.) |
| The Entire N.(F.L.)   (1962 First Super Bowl) | (Etc.) |
| The Entire Judicial System | (Etc.) |
| Disney Theme Parks | (Etc.) |

Warner Bothers Theme Parks (Six Flags, ETC.) Worldwide

M.G.M. Theme Parks, Etc..                               · (Etc.)     (Holo)

Video Games,Video Game Films ;(Lord of The Rings,Lara Croft),Etc.

Family
Name

(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)
(Not Included w/ Above Total)



*All Estimates Subject To Increase          (Never Decrease)*

Gordon/Silver/Davis
John McTiernan
Jerry Weintraub
Castlerock Entertainment
Steven Spielberg
Michael Bay
Peter Segal
C2 Pictures
Studio Canal Films
Artisan Films  (Art)isan
Amblin Films
Revolution Studio
Jerry Bruckheimer Films
Carolco Pictures
Cinergi Films
Ridley Scott
Albert S. Ruddy
Michael Levy

*Florida State Department*
*Brittish Government and Territories*

*U.S. Government (D.O.D.,S.S.A., Military,State Dept.,V.A., Hospital,Etc.)*

$999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,9
99,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,
999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,
9,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,9
99,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,
999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,99
9,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,9
99,999,999,999,999,999,999,999,999,999,999 Centillion     *If the Government wants*
*their tax money they can figure out how much it is by the number above, reguardless of how much the I.R.S. wants,*
*you are NOT touching said number (ABOVE) at all. If the I.R.S. wants tax money they will NOT be subtracting from the*
*number above at all. (600hundred(9's)\*Centillion\*)*

Callahan Filmworks
Gramercy Pictures
Jerry Bruckheimer Films
Peter Jackson
Robert Zemeckis
Mario Kassar
Andrew Vajna
James Cameron
Johnathan Mostow
Arnold Schwarzenegger(Governor of California)(Corruption)(Obstruction)
John Glen
Brian Grazer
Tom Shadyac
Taylor Hackford
Brian De Palma
Rolland Emmerich
Albert S. Ruddy
Albert Broccoli
Michael G. Wilson & Barbara Broccoli
Tony Scott

*Threatening Me*
*In Arizona As Well*
*Street Name And Bar*

*Hey Hey Hey For Albert*

Entities Involved. Plus Theirs More than 200 Films...

U.S. District Court

M. D. of Florida
Ocala, Division

Arthur M. Notz III

vs.

Case :

## Complaint

1. James Baxley
   - Wrongful Charges/False Charges
   - Collusion + Corruption w/ the
     F.B.I., Leesburg Police/City of Leesburg
     Tavares Courthouse, Etc.
   - Required for Baxley James

① Drop all charges.
② No more Wrongful Charges. Simply Drop Charges

   - Including Tresspassing, + Stalking
     which I was not guilty of.

Did not break contract.
   - Pro Se
   - I'm my own Attorney And at
     the time was unaware that
     Rebecca Nathanson had An
     Attorney + had no choice,

⬤ — As my OWN Pro-SE Attorney had
the right to send Rebbecca
Nathanson the document sent
by someelse to her address
because of the Rights of being my
OWN Pro-SE Attorney; give me
the Right to send Any Civil
Litigation to Rebecca Nathanson.
However, now that I know that
she has Attorney's I will send
Any & All further Civil Litigation
Documents to Rebecca Nathansons
Attorney's.

⬤ No Tresspassing & Stalking — Tryed the same
  with the ball...
  Me several other
  people As well...
  —"Public Access" College
  Campus w/ Public Access
  Highway 441. Not owners
  Owner of A Vehicle or
  transportion of Any Kind.

⬤ Lifestream
  —Defamation
      —See the Film 1997
      Conspiracy Theory, &
      2010 A—Team.
  —And shut their Attorney's up because
  I would hate to have to Embarrass them

in the Court Room w/ Further Evidence
supporting Defamation Claim, Including
Damaged Credit Report, Reputation, security
Clearance, + security all by itself, Money
spent on Court Fees/Cost, Etc., Etc., Etc.
3. Rebecca Nathanson
                    — Pro se (Arthur M. Notz III)
                    — Didn't break Anthing or
                       contract.
                    — I had no Knowledge at
                       the time I mailed the
                       Document in early October
                       that she had an Attorney.
                       I wrote nothing to her, had
                       some else send It + it
                       was just A Civil Litigation
                       Document, that I had
                       full Right as my own ProSe
                       Attorney to send her
                    — False Accusation/Charges.
                    — Tresspassing + stalking.
                       Was Not doing either.
                    — Public Access Hwy. 441
                       Public Access College Campus
                       No such thing as Tresspassing
                       on A Public Access Campus

where Anybody can walk on campus.
including Parents, Etc., that are not going
to College or even if they are, going to College.
Don't have A Vehicle. Was not following
her + don't Know where she lives. She
was supposed to return some things
that belong to me but she never did,
nor did she return the first 3 polite phone
calls nor the did return the things she was
supposed. to return.

    — Drop Charges
    — Or Pay the Price + the
    Consequinces.

7. Leesburg Police/City of Leesburg
    — Wrongful Charges of Tresspassing.

*Requirements*
    — Drop Wrongful Charges
    Tresspassing off the
    D**mn Record of
    Arthur M. Notz III
    — Or Be willing to pay
    the Price or Consequinces
    — Charges also included
    Conspiracy, Corruption, Collusion,
    with the Tavares Courthouse,
    Rebecca Nathanson, F.B.I.,

James Baxley, ~~███~~ City of Leesburg/Neil Kelly

5. ● Tavares Courthouse/City of Tavares/Neil Kelly
- Drop Wrongfull Charges against Arthur M. Notz III.
- Wrongful Charges include
  - Tresspassing, Etc. ●
  - Stalking, Etc. They were following the ~~█████████~~ Person talking.

\* Requirements \*
- Drop the Charges real quickly. ●
- Or Be ready to pay the Price & the Consequinces.

\* Charges Also Against Tavares Courthouse Neil Kelly/City of Tavares include ~~███~~
- Conspiracy w/ F.B.I, Leesburg Police Dept./City of Leesburg, Rebecca Nathanson, & James Baxley.
- Against Said person Arthur M. Notz III.

6. Still waiting on Tavares Courthouse/Neil Kelly/City of Tavares Civil Court Summons. ●
- Suing Cops.
- Cops Acting Incompetent sent it to wrong location & had

to ~~send~~ send it again, And include a
few more people to the Lawsuit because
the cops acting Incompetant.
7. The F.B.I.
   D.O.D.
   C.I.A.
   U.S.A.
   — All on multiple Charges.
   — Including:
    ① Invasion of Privacy
    ② Improper Use of Public
     Information.
    ③ Conspiracy, w/ Intent
    — The Film Industry
    + Multi-International
    Company's to make
    a profit off of me
    Arthur M. Notz III.
    — Also to Criminalize
    me Arthur M. Notz III.
   ✱ Prove that with some 200 Films.
8. The Tavares Courthouse/Neil Kelly/City of Tavares,
Leesburg Police Dept./City of Leesburg, James Baxley,
Rebecca Nathanson, ~~xxxxxxxxx~~ 55, F.B.I...
  — Conspiracy to criminalize me
  Arthur M. Notz III. Prior Knowledge,

Messy because of situation.
I Apoligize to the Ocala Court for this.

had by all people listed, to put this
in perspective.

Their was no Contact "Not by" ① phone ② Campus ③ Not Even A Letter! sent by someone else, not me. Also not letter was Civil litigation For my (Mandatory)

## Closing Arguement

Rebecca Nathanson

① "Unlawful Access to the Home" by
Leesburg Police Dept/City of Leesburg, Tavares
Recently Courthouse, Litestream. Also "Unlawful
'Friday' Detainment", Tresspassing on Private
Property" to all of the Above. No Contact.
To Nathanson.

Prescription

Threatning Me In Films A Crazy Man or A Psychot.

Negro

② Prescriction ran out oN  10/18/2011
refilled perscription on  10/19/2011
the next day, never even missed A Pill.

③ The Negro's name was not even
directly mentioned directly in
any writting. All that was said was "If
Lawsuit is taken care of you will be
removing the Negro from the White House."
This is an Exageration by Police of hostility
toward negro. where their was not any.
Good Conduct Medal, Etc.

Honorable Judges in
Tavares I think not.
Remind Judges where this word comes from Honorable Discharge Military

Arthur M. Motz III

I have harm no one. Listen to me. Yank me out of my house Illegally in middle of night.
Erroneous Allegation do not make Allegations true. Cops say I'M going to harm someone but no one is harmed by Me.



# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

Arthur M. Notz III
<u>Plaintiff</u>

vs.                                    Case Number: _____

_____
Defendant

## COMPLAINT

The Federal Government is Illegally and Improperly using my public Information to make profit in multiple Major Motion Pictures and multiple other large conglomerate U.S. Corporations, to make money, by using and floating my public Information. The Government Including the F.B.I., A.C.L.U, State Dept. Florida, and the Federal Government has already been notified of the Situation. The F.B.I. was notified

Before, Record was Spotless & clean. (Recent Record (see Current Lawsuit + Current all of A Sudden) (Threats From Federal + Local Police will not Deter Me)

open threats
And Pollack's
sass!!!

and initially the F.B.I. led me to believe
that they would Investigate the situation
and use A Cypher Text Clerk to Investigate.
Months had gone by and Richard Dent of the
F.B.I. And the Public Corruptions Squad
of the Jacksonville F.B.I. had not Investigated
and then they ask me for more Information after
many months had gone by they wanted more Information
pertaining to the situation & mis leading me to believe
that they were investigating the situation when the
F.B.I., Local Leesburg Police, Tavares Court House,
and Secret Service were in fact doing the opposite
and trying to create a case against me.
So I Arthur Notz III already know that the
Federal Government, F.B.I., Local Police, Leesburg
Police, Tavares Court House, are fully aware of the
situation. So, start talking Bank Account Numbers or
don't speak because it's not up for debation. I'm
Suing the Federal Government for using me
and my Public Information Illegally in large
Corporation, and major motion Pictures.

The charges against the Federal Government Include: ①Improper use of public Information

(But are not Limited to.) ②Invasion of Privacy

[Some Levels of]

③Libel
④Slander
⑤Defamation
⑥ Public Harrassment (for 5½ yrs.)
(By the F.B.I. And Local Police)

9 months Pregnancy it was all worth

I Arthur Notz III had lawful right for the F.B.I. Public Corruption Sq. of Jacksonville to Investigate the situation, however the the F.B.I. And state Dept. of Florida after months of Leading me to believe that they were investigating And after asking me for more information tryed to create a case against me instead of investigating like they said they were going to do when I nitially spoke with the F.B.I. and Richard Dent.

I Arthur M. Notz III of sound mind and Body am suing the Federal Goveral Government and almost Everything In It. Charges: Improper use of Public Information.

I can get more Inventive than the Federal Government can, and I can Include a hell of a lot more charges than Improper of Public Information.

Arthur M. Notz III
**Name**

21021 Shady Grove Rd
**Street Address**

Groveland Fl 34736
**City, State, Zip Code**

352-365-1639
**Telephone Number**

I can Include more Corporate Companies & charges than the Government can Afford. So start Talking Bank Account Numbers.

AGE
ANCESTRY
AUTOMOBILES I HAVE OWNED
BIRTH MARKS
BIRTH YEAR
CLASSIFICATIONS
DIRECT INFORMATION
DISPOSITION
EYE COLOR  (007 EYES ONLY TOP SECRET CLASSIFICATION)
FAMILY
FAVORITE COLOR
FAVORITE MUSIC
FRIENDS
GENERAL INFORMATION
INDIRECT INFORMATION
JOBS I HAVE HAD
LOCATION
MEASUREMENTS
MILITARY AWARDS, & RANK
MILITARY DESIGNATIONS
MONEY, GOLD, ETC.  (AFTER 4 YRS. OF LIFE WASTED WE ARE NOT TALKING PASOS)
NAME  (FIRST, MIDDLE, PREFIX, ABBREVIATIONS, & VARIATIONS OF) ACRONYMS,SYNONYMS.
NUMBERS
PERSONELL (PRIVATE) INFORMATION
PSCHOLOGY
RELATIONSHIPS
RELIGION
SAME ACTORS AND INFORMATION IN FILMS (Character Actors, Etc.)
SAME CHARACTER BASED MATERIAL IN THE FILMS
SAME LOCATIONS FOR FILMS
SCARS.
WOMEN
INNOCENCE
RESIDENCE OF A PREVIOUS NATURE,EVEN EXACT LOCATION
SAME CORPORARTIONS AND COMPANIES WITH THE STATE DEPT. & GOV. AS WELL.
MEDICAL AS WELL AS MEDICAL INJURIES
THE AMOUNT OF INFORMATION IN THE FILMS IS LARGE ENOUGH TO WARRANT A LAWSUIT.

This much of My Info. is In over 200 Films.(See Photo's.)

WHIT-B Document

Page 5 of 17  PageID 22

Warner Bros.
Orion Picture

1981

4 Arthur generations

1. My name. is (Arthur) the 3.ʳᵈ (The Title is my Name.)
2. My Father+Grandfather are also named (Arthur) this is the Title of the Film.
3. More than 40 relatives on my mothers side of the Family (Aunt's, Uncle's, Cousin's, Etc.) have the Last name (Arthur) which is the title of the Film.
4. Arthur's Last name (Bach) is A German Composer. (Bach) Johann Sebastian A German Composer. I'm German. (See Last Name it is the Epitome of German Society), Etc. Same As the Rest of the Films, I'm the Epitome of all Films.
5. Arthur (Bach) also means single, unmarried, Also Me Again.
6. Arthur (Bach) is Also a Bachelor of Arts. Also An Art Joke referencing Me. Bachelor 4 young Nobleman who was to become A Knight. Such A man was Unmarried. (See First Name, Etc.)
7. Ch. I My Name on the Screen. (See Me)
8. Ch. I + 30. "Arthur's Theme Song" + it clearly states "Arthur's just 'A Boy" In 1981 "I was just A Boy." I was Born in 1981 When the Film was Made.
9. The film was Birthed in 1981 so was I. I only have one thing to say "Bourne Identity."

Behind the
8 ball

Central Park
(See All other
Films)

New York City
See All other
(Films.)

Ch.1 "Girls/Girls
Girls" (See
Rock Song)

Ch.3
Superman on
the Wall"

German
Story

(Red)

Marty
'55 T.V.
Show, (See
Back to
the Future)

10. The Film is (97) Minutes + (8) seconds Long.
(See All other Films + Me.) ← Does Anyone
Need A Cowboy Film + A slide Reel, to figure out
11. Same Actors + Characters in other films on
my List, which is very Long. (Easy Money, Crocodile Dundee.)
12. Ch. 1 "Arthur's" Rolls Royce with his name on it.
13. Ch. 1 "AB" on the side of Arthur's Rolls
Royce on the Door. (See Revenge of the Nerds)
"AB" Alpha Beta + Bachelor of Arts, Etc.
14. Ch. 1 "Black Limo Driver" (See Crocodile Dundee)
Also "Black Limo Driver." It carries through
the Films. The Scenes, Characters, Products,
are carried throughout All of the Films.
15. Ch. 1 "Hot Pants" (See Smokey + The Bandit,
+ Canonball Run 1 + 2.)
16. Ch. 1 "The Plaza" (See Crocodile Dundee, + All
other Films on the List.) + Home Alone.
17. Ch. 3 + 13 "A Choo Choo Train" I owned A Choo Choo
Train. (See Me + Grandfather Croft.) + All other Films.)
18. Ch. 4 "Tub Scene" Same As (Scarface).
Also on the List. ↑
19. Ch. 4 "Martini's" (See James Bond)
20. Ch. 5 "750" Million (See James Bond), Location,
Ranger Regiment, + All other Films.
21. Ch. 6 "Bergdorf Goodman" (See Crocodile
Dundee) + All other Films.)

H/T\$   Document 1   Page 7 of 17   PageID 24

Bros.

Orion Pictures

1981

Red
Hot
Ferrari

Ch. 10
Fonzarelli

Aunt
Pearl
in
Z
Woman
Admiring
Pearls

Ch. 13
Turnot
Ch. 14 Exit 8
I-495

Red
Favorite
Color

Ch. 17 "Red"
Robe
Closet Rated
X
See All
other Films
Ch. 19 Red shirt
Ferrari

see Ch. 21
Living Room
You can Land
A Plane In

22. Ch. 6 "14 Sweaters, All Green" (See Me, The Military, + All other Films.) See James Bond 007 "Eyes Only" 1981. My Eyes Green.

23. Ch. 7 "Pat Benetar Look" (See Fast Times At Ridgemont High" also on List.

24. Ch. 10  At Carnival Liza Minnelli named the Prize "After her Granmother on her mother's side. Arthur." My own Grandmother on my mother's side was also named Arthur.

25. Ch. 11 "Everytime Arthur has An Erection it makes the Papers." (See 2001 A Space Odyssey, Scarface, Honda Odyssey, Etc.) Happy Gilmore.

26. Ch. 14 "Exit 8 I-495" Which goes In front of John F. Kennedy Airport + 95 (Same Road) goes in front of John F. Kennedy Space Center (N.A.S.A.) where I live.

27. Ch. 14 Bert Johnson says "I'm from the Gutter." It's A Line In the 1983 Version Scarface. I'm from Florida + I have A Scar on my face.

28. Ch. 14 Bert Johnson says "I want you to go to work for Me" speaking to Arthur. Same line in Scarface "Frank says it to Tony." Hint: It's Me.

29. "Scarface" 1983, Remake 2003, 20th Anniversary. "Arthur" 1981/ 9-11 Events 2001, 20th Anniversary. I had nothing to do with it, But It's Me. Also See "Black Hawk Down" 2001. Rangers were an English Unit + my name is in "Black Hawk Down." It's Me. I was A Ranger in 2001.

Comment
Ch. 20
on Susan

Susan's
A Blonde.
See All other
Films.

30. Ch. 18 "Arthur's German made Porsche"
I'm German + the word Epitome comes to mind.
Same scene "Arthur 3" written on the Door
of the German Made Porsche. I'm Arthur
the 3rd. It's me. 3rd Generation Arthur. 40 more
In my Family.

says Liza Minnelli.

31. Ch. 21 "I like A Room you can Land A Plane In"
"1981 Arthur + 2001 Plane Crash 9-11 Events"
I had nothing to do with It but it seems it's me.

Cowboy
Themes
See All
other Films

32. Ch. 23 "Cavalry Hat" My Grandfather was in
the 7th Cavalry during WWII this name was Arthur.
He was 7th Cavalry Canon Troup. (See
Cannonball Run 1 + 2) + All other Films.)

33. Ch. 25 "Kids Today don't want to go In the Army"
I was in the Army, so was Grandfather, Great-
Grandfather, + All of my Uncle's, Etc...

Parents
Married
In 1975

34. Ch. 29 "750 Million" (See 75th RGR + I-75)
As well as James Bond 007) + All other Films.

35. Ch. 29 "Martha In Black + White" (See Scarface
+ All other films on the List)

36. Ch. 30 "Arthur" on the Bumper of the Rolls
Royce.

37. Ch. 29 Arthur says "He's not Crazy, He took
the Money." I'm not telling you to
give me Peanuts. + An Appology will not
mean A Damn thing At this point.

Warner Bros.

Orion Pictures

**Irving Metzman**

38. Same Character Actors in this film that are in other films included in the Lawsuit. (Geraldine Fitzgerald, Stephen Elliot, Etc)

39. Same Corporations as other Films included in the Lawsuit. (W.B., Orion, Etc)

40. Their were only 2 Arthur's Alive in 1981 + 1988. Arthur Jr, Arthur III, which is why their are 2 Arthur Films. One in 1981 + one in 1988

41. Martha is 75 yrs old. (See All other Information + All other Films.) Parents got Married in 1975. Also (See J.B. 007)

1. Stephen Elliot (Arthur 1 + 2, Beverely Hill Cop II,

2. Geraldine Fitzgerald (Arthur 1 + 2, Easy Money,

3. Paul Gleason (Arthur, Die Hard, Van Wilder,

4. Burt Bacharach (Arthur 1, 2, Austin Powers 1, 2, 3,

5. Irving Metzman (Arthur, Crocodile Dundee,

6. B. Constance Barry (Arthur, Easy Money,

7. Dudley Moore (Arthur 1, 2,

8. Liza Minnelli (Arthur 1, 2,

9. Mark Margolis (Arthur, Ace Ventura Pet Detective,

The End of the Film

Thanks To:

People Involved Etc

The New York State Office Motion Picture + T.V. Developement, Mayors Office Motion Picture + T.V. Ed Koch: Mayor, Porsche / Audi Division, Volkswagen of America. Coca-Cola, Jack Daniels, Fendi, New York,

✳ I would also like to Note that the Entire 1 hour, + 37 minutes, + 8 seconds the Film was Entirely Based on A Guy named Arthur. I am Arthur.

(41) Facts To Support This Claim.
(9) Character Actors To Support This Claim. (Character Actors Carry the Tone of The Films) And Large Amounts of Misc. Evidence To Support This Claim.

(NAMES OF RELATIVES)

① Arthur 1    (My Grandfather)
② Arthur 2    (My Father)
③ Arthur 3    (Myself)
4,5,6  John Arthur, Barbara Arthur, Matthew Arthur,
7,8,9  James Arthur, Cathy Arthur, Linda Arthur,
10,11,12  Dan Arthur, J.J. Arthur, Karl Arthur,
13,14,15  Peggy Arthur, Timmy Ray Arthur, Jewel Arthur,
16,17,18  Karlton Arthur, Peggy Sue Arthur, Debbie Arthur,
19,20,21  Rebecca Arthur, Stefanie Arthur, Rachel Arthur
22,23,24  Kristen Arthur, Elmer Lee Arthur,

I HAVE MORE THAN (24) ARTHUR's IN MY IMMEDIATE FAMILY.







PROOF OF PURCHASE 39635A   PROOF OF PURCHASE 39635B

ISBN 0-7907-9668-6

0 85393 96352

*"A barrel of laughs. Arthur is back and he's delightful!"*
— Bill Diehl, ABC RADIO NETWORK

"I lost $750 million," Arthur says. "Of course, that was when $750 million was a lot of money." His loss is your entertainment gain in this delightful riches-to-rags-to-riches sequel directed by comedy veteran Bud Yorkin (*All in the Family*). Effervescent Dudley Moore takes up where he left off as the multimillionaire title prankster. Liza Minnelli is his scintillatingly sassy spouse Linda and with a dash of divine intervention, stately John Gielgud also reappears in his Oscar*-winning* role as Arthur's acerbic valet.

A crooked business deal has bilked the world's funniest playboy out of his fortune. So now Arthur must do the impossible: get (*gasp!*) a job! You can do the possible: watch and enjoy this hilarious and endearing comedy soufflé.

**INCLUDES:**
Theatrical Trailer • Languages: English & Français (Dubbed in Quebec)
Subtitles: English, Français & Español

WARNER BROS. PRESENTS

DUDLEY MOORE  LIZA MINNELLI  JOHN GIELGUD  A HAYLIN-ROBERT SHAPIRO PRODUCTION  A BUD YORKIN FILM  "ARTHUR 2 ON THE ROCKS"
MUSIC BY BURT BACHARACH  EDITED BY MICHAEL KAHN, A.C.E.  PRODUCTION DESIGNER GENE CALLAHAN  DIRECTOR OF PHOTOGRAPHY STEPHEN H. BURUM, A.S.C.  EXECUTIVE PRODUCER DUDLEY MOORE
WRITTEN BY ANDY BRECKMAN  PRODUCED BY ROBERT SHAPIRO  DIRECTED BY BUD YORKIN

Original Soundtrack on A&M Records

www.warnervideo.com

NOT AUTHORIZED FOR SALE OR RENTAL OUTSIDE THE USA AND CANADA. This is copyrighted product that is manufactured and distributed by Warner Home Video, Inc., a Warner Bros. Entertainment Company, and is licensed for sale or rental for private home use in the USA and Canada ONLY. The sale or resale of this product inside of the USA and Canada has NOT been authorized by Warner Home Video, Inc., and is in direct violation of its license from Warner, Inc. and the exhibition rights of others. Federal law provides severe civil and criminal penalties for the unauthorized distribution, reproduction or exhibition of copyrighted motion pictures, videotapes or videodiscs.
Arthur 2 On The Rocks © 1988, Package Design & Summary © 1991 Warner Bros. Entertainment Inc. Distributed by Warner Home Video Inc., 4000 Warner Blvd., Burbank, CA 91522. All rights reserved. "Dolby" and the DD symbol are trademarks of Dolby Laboratories. "Oscar" is the registered trademark and design mark of the Academy of Motion Picture Arts and Sciences. *1991 Best Supporting Actor Award

WIDESCREEN VERSION PRESENTED IN A "MATTED" WIDESCREEN FORMAT PRESERVING THE ASPECT RATIO OF ITS ORIGINAL THEATRICAL EXHIBITION. ENHANCED FOR WIDESCREEN TVS.
DUAL-LAYER FORMAT

DVD VIDEO  PG  Bonus Material Not Rated or Closed-Captioned. CC   Color/113 Mins.   PG   DP

---



*"The combination of both elegant and low-down humor — and the miraculous cast — is irresistible."*

Arthur Bach is very rich and very unhappy — and most of the time, with a bar bill that could feed the national debt. He also stands to lose his $750-million-dollar inheritance if he doesn't marry the nice boring blonde on Long Island within a month. Unfortunately, Arthur's just discovered the girl of his dreams. And to his eye-liner-not only blind but blind drunk.

Dudley Moore stars in *Arthur*, the highly boxoffice hit that solidified his standing as one of the most gifted comedians ever. Liza Minnelli is Linda Marolla, the actress-waitress who catches our hero's eye and heart. And in his Academy Award-winning performance as acerbic manservant Hobson, Sir John Gielgud steals the show. When Arthur intones his intention to bathe, Hobson dryly replies, "I'll alert the media!"

No alerts are necessary. *Arthur*, which picked up a second Oscar* for its delightful title tune, has already become a contemporary comedy classic.



SPECIAL FEATURES: Interactive Menus • Production Notes • Theatrical Trailer • Scene Access • Languages: English & Français • Subtitles: English, Français & Español

A ROLLINS-JOFFE-MORRA-BREZNER PRODUCTION

DUDLEY MOORE   LIZA MINNELLI   JOHN GIELGUD   "ARTHUR"   MUSIC BY BURT BACHARACH   EXECUTIVE PRODUCER CHARLES H. JOFFE
PRODUCED BY ROBERT GREENHUT   WRITTEN AND DIRECTED BY STEVE GORDON   AN ORION PICTURE

WARNING: THE COPYRIGHT PROPRIETOR HAS LICENSED THE MOTION PICTURE... All rights reserved.

STANDARD VERSION   THE FILM HAS BEEN MODIFIED FROM ITS ORIGINAL VERSION. IT HAS BEEN FORMATTED TO FIT YOUR SCREEN.

Year I was born, 1981. ✓

DVD   CFD   PG-13   Color/97 Mins.



I'm
Arthur III...





9,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,
999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,
999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,
999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,999,

**[SEE ABOVE] 1 CENTILLION = (600 9'S) * 1,00,000 CENTILLION ]**

LAWSUIT  [600,000,000]9'S] 1,000,000 CENTILLION ]            **[SEE ABOVE] 1 CENTILLION = (600 9'S) * 1,000,000 CENTILLION ]**

If there even is an ATTORNEY... The Government runs the court system.

There is not a law firm in the world that is going to bankrupt their own law firm to file suit against the government that has unlimited money.

IF ANYONE EVEN GETS THE TAXES.  GET THE NI▓▓ER OUT OF THE OFFICE ON TERRORISM OR NO ONE WILL GET THE TAX MONEY.

If the lawsuit is filed late the money will be leaving the country.

<u>IF MY TIME IS CONTINUALLY WASTED, ETC, THE NUMBER WILL GO HIGHER THAN THAT.</u>

<u>TOTAL AMOUNT = $ ▓,000,000 (9's)  1,000,000 Centillion:  (9's).</u>

May seem like A lot of money. It can go higher. If I get one more ounce of Public Harassment from the Cop, F.B. I., Local cops Tavares Court House or Anyone.

But my lawsuit can Include more charges than can fit on A Pocket for the Court House I'm trying to keep it simple, with (Improper use of Public Information) without cluttering the court room.

# 3 Trillion

FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

Arthur M. Notz III
_____
Plaintiff

vs.                                    Case Number: _____

_____
Defendant

**COMPLAINT**                    (Start Talking Bank
                                  Account Numbers)

① Misapropriation of Identity.
② Direct Threats from All of the Above,
 C.I.A., D.O.D., F.B.I., Tavares Courthouse,
 Local Police, Leesburg, Tavares, Lake, & Sumter
 County, Baxley James, Etc. Rebecca Nathanson
③ Erroneous Charges of Stalking.
④ Erroneous Insinuations of Trespassing.
⑤ Erroneous Instigation of Publicly
 Harrassing Phone Calls while ▓▓▓▓

Trying to claim they were ~~Creating the Situation~~
Investigating the Situation leading to believe for months that they were; when All the while they were trying to create Instigation of Criminalazation while they were still asking for more Information about the situation including other Documents. (Excuse Don't feed the Bull Dog at 9:00 A.M.

stop, treating me with A Dumbster

The Next Number is A Black Hole In Comparison.

The 3rd Film.
Look at The Date
It was made.
Included in Evidence.



~~[scribbled out]~~

~~[scribbled out]~~ Instead of Criminalization
+ Sniveling Cops.

Start Talking
Bank Account
Numbers.



Arthur M. Notz III
Name

21021 Shady Grove Rd
Street Address

Groveland, Fl 34736
City, State, Zip Code

352-362-1639
Telephone Number



"A laugh-out-loud comedy.
Garner is delicious and the
hugely talented Brand nails it."

ISBN 0-7806-7707-2

Russell Brand reinvents the role of lovable billionaire Arthur Bach, an irresponsible charmer who has always relied on two things to get by: his limitless fortune and lifelong nanny Hobson (Academy Award®-winner® Helen Mirren) to keep him out of trouble. Now he faces his biggest challenge: choosing between an arranged marriage to ambitious corporate exec Susan (Jennifer Garner) that will ensure his lavish lifestyle, or an uncertain future with the one thing money can't buy — Naomi (Greta Gerwig), his true love. With Naomi's inspiration and some unconventional help from Hobson, Arthur will take the most expensive risk of his life and learn what it means to be a man in this reimagining of the beloved Oscar®-winning® romantic comedy *Arthur*.

**SPECIAL FEATURE**
Additional Scenes

RUSSELL
**BRAND**

HELEN
**MIRREN**

AND JENNIFER
**GARNER**

ARTHUR

arthur

DVD
VIDEO



AGE
ANCESTRY
AUTOMOBILES I HAVE OWNED
BIRTH MARKS
BIRTH YEAR
CLASSIFICATIONS
DIRECT INFORMATION
DISPOSITION
EYE COLOR  (007 EYES ONLY TOP SECRET CLASSIFICATION)
FAMILY
FAVORITE COLOR
FAVORITE MUSIC
FRIENDS
GENERAL INFORMATION
INDIRECT INFORMATION
JOBS I HAVE HAD
LOCATION
MEASUREMENTS
MILITARY AWARDS, & RANK
MILITARY DESIGNATIONS
MONEY, GOLD, ETC.  (AFTER 4 YRS. OF LIFE WASTED WE ARE NOT TALKING PASOS)
NAME  (FIRST, MIDDLE, PREFIX, ABBREVIATIONS, & VARIATIONS OF) ACRONYMS,SYNONYMS.
NUMBERS
PERSONELL (PRIVATE) INFORMATION
PSCHOLOGY
RELATIONSHIPS
RELIGION
SAME ACTORS AND INFORMATION IN FILMS (Character Actors, Etc.)
SAME CHARACTER BASED MATERIAL IN THE FILMS
SAME LOCATIONS FOR FILMS
SCARS
WOMEN
INNOCENCE
RESIDENCE OF A PREVIOUS NATURE,EVEN EXACT LOCATION
SAME CORPORARTIONS AND COMPANIES WITH THE STATE DEPT. & GOV. AS WELL.
MEDICAL AS WELL AS MEDICAL INJURIES
THE AMOUNT OF INFORMATION IN THE FILMS IS LARGE ENOUGH TO WARRANT A LAWSUIT.

This much of My Info. is
In over 200 Films.(See
Photo's.)









ISBN 0-7907-3188-6



"The combination of both elegant and lowdown humor—and this miraculous cast—is irresistible."

Arthur Bach is a very rich man—and very drunk most of the time, with a bar tab that reads like the national debt. He also stands to lose his $750 million dollar inheritance if he doesn't marry the most boring blonde on Long Island within a month. Unfortunately, Arthur's just discovered the girl of his dreams. And in his case, loves not only blind but blind drunk.

Dudley Moore stars in *Arthur*, the bubbly box office hit that solidified his standing as one of the most gifted comedians ever. Liza Minnelli is Linda Marolla, the actress/waitress who catches our hero's eye and heart. And in his Academy Award winning performance as acerbic manservant Hobson, Sir John Gielgud steals the show. When Arthur intones his intention to bathe, Hobson dryly replies, "I'll alert the media."

No alerts are necessary. *Arthur*, which picked up a second Oscar for its delightful title tune, has already become a contemporary comedy classic.



SPECIAL FEATURES: Interactive Menus • Production Notes • Theatrical Trailer • Scene Access • Languages: English & Français • Subtitles: English, Français & Español

A ROLLINS-JOFFE-MORRA-BREZNER Production

DUDLEY MOORE   LIZA MINNELLI   JOHN GIELGUD   "ARTHUR"   MUSIC BY BURT BACHARACH   EXECUTIVE PRODUCER CHARLES H. JOFFE
PRODUCED BY ROBERT GREENHUT   WRITTEN AND DIRECTED BY STEVE GORDON   ORION

  

STANDARD VERSION

DVD  [PG]  Color/97 Mins.

---



"A barrel of laughs. Arthur is back and he's delightful."
— Bill Diehl, ABC RADIO NETWORK

ISBN 0-7907-9668-6

"I lost $750 million," Arthur says. "Of course, that was when $750 million was a lot of money." His loss is your entertainment gain in this delightful riches-to-rags-to-riches sequel directed by comedy veteran Bud Yorkin (*All in the Family*). Effervescent Dudley Moore takes up where he left off as the multimillionaire title prankster. Liza Minnelli is his scintillatingly sassy spouse Linda and with a dash of divine intervention, stately John Gielgud also reappears in his Oscar®-winning* role as Arthur's acerbic valet.

A crooked business deal has bilked the world's funniest playboy out of his fortune. So now Arthur must do the impossible: get (gasp!) a job! You can do the possible: watch and enjoy this hilarious and endearing comedy soufflé.

INCLUDES:
Theatrical Trailer • Languages: English & Français (Dubbed in Quebec)
Subtitles: English, Français & Español.

WARNER BROS. PRESENTS

DUDLEY MOORE   LIZA MINNELLI   JOHN GIELGUD   A HAYLIN-ROBERT SHAPIRO PRODUCTION   A BUD YORKIN FILM   "ARTHUR 2 ON THE ROCKS"   MUSIC BY BURT BACHARACH   EDITED BY MICHAEL KAHN A.C.E.   PRODUCED BY GENE CALLAHAN   DIRECTOR OF PHOTOGRAPHY STEPHEN H. BURUM A.S.C.   EXECUTIVE PRODUCER DUDLEY MOORE
WRITTEN BY ANDY BRECKMAN   PRODUCED BY ROBERT SHAPIRO   DIRECTED BY BUD YORKIN

Original Soundtrack on A&M Records

NOT AUTHORIZED FOR SALE OR RENTAL OUTSIDE THE USA AND CANADA.

WIDESCREEN VERSION PRESENTED IN A "MATTED" WIDESCREEN FORMAT PRESERVING THE ASPECT RATIO OF ITS ORIGINAL THEATRICAL EXHIBITION. ENHANCED FOR WIDESCREEN TVS.
DUAL-LAYER FORMAT

    

DVD VIDEO   [PG]   Color/113 Mins.

1981

3 Arthur generations

( Orion Picture

1. My name is (Arthur) the 3rd (The Title is my Name.)
2. My Father + Grandfather are also named (Arthur) this is the Title of the Film.
3. More than 40 relatives on my mothers side of the Family (Aunt's, Uncle's, Cousins, Etc.) have the Last name (Arthur) which is the title of the Film.
4. Arthur's Last name (Bach) is A German Composer. (Bach) Johann Sebastian A German Composer. I'm German. (See Last Name it is the Epitome of German Society), Etc. Same As the Rest of the Films, I'm the Epitome of all Films.
5. Arthur (Bach) also means single, unmarried, Also Me Again.
6. Arthur (Bach) is Also a Bachelor of Arts. Also An Art Joke referencing Me. Bachelor & young Nobleman who was to become A Knight. Such A man was Unmarried. (See First Name, Etc.)
7. Ch. 1 My Name on the Screen. (See Me)
8. Ch. 1 + 30. "Arthur's Theme Song" & it clearly states "Arthur's just A Boy" In 1981 "I was just A Boy." I was Born in 1981 When the Film was Made.
9. The film was Birthed in 1981 so was I. I only have one thing to say "Bourne Identity."

Central Park
(See All other
Films.)

New York City
See All other
Films.

"11 Girls Girls"

Ch. 1 (See
Rock Song)

Ch. 3
"Superman on
the Wall"

German
Story

(Red)

Marty
'55 TV.
show, to
see Back to
the Future)

10. The Film is (97) Minutes + (8) seconds Long.
(See All other Films + Me.) Does Anyone
Need A Cowboy Film + A Slide Reel, to figure out
11. Same Actors + Characters in other films on
my List, which is very Long. (Easy Money, Crocodile Dundee.)
12. Ch. 1 "Arthur's" Rolls Royce with his name on it.
13. Ch. 1 "AB" on the side of Arthur's Rolls
Royce on the Door. (See Revenge of the Nerds
"AB" Alpha Beta + Bachelor of Arts, Etc.
14. Ch. 1 "Black Limo Driver" (See Crocodile Dundee)
Also "Black Limo Driver" It carries through
the Films. The Scenes, Characters, Products,
are carried throughout All of the Films.
15. Ch. 1 "Hot Pants" (See Smokey + The Bandit,
+ Cannonball Run 1 + 2)
16. Ch. 1 "The Plaza" (See Crocodile Dundee, + All
other Films on the List.) + Home Alone.
17. Ch. 3 + 23 "A Choo Choo Train" I owned A Choo Choo
Train. (See Me + Grandfather (Scott) + All other Films)
18. Ch. 4 "Tub Scene" Same As (Scarface).
Also on the List.
19. Ch. 4 "Martini's" (See James Bond)
20. Ch. 5 "750" Million (See James Bond), Location
Ranger Regiment, Etc. All other Films.
21. Ch. 6 "Bergdorf Goodman" (See Crocodile
Dundee) + All other Films.)

T/S Documents

Bros.
Orion Pictures

*Red Hot Ferrari*

22. Ch.6 "14 Sweaters, All Green" (See Me, The Military, + All other Films) See James Bond 007 "Eyes Only" 1981. My Eyes Green.

*Ch.10 Fonzarelli*

23. Ch.7 "Pat Benatar Look" (See Fast Times At Ridgemont High" also on List.

*Aunt Pearl in Pearl Woman Admiring Pearls*

24. Ch.10 At Carnival Liza Minnelli named the Prize "After her Granmother on her mother's side. Arthur." My own Grandmother on my mother's side was also named Arthur.

25. Ch.11 "Everytime Arthur has An Erection it makes the Papers" (See 2001 A Space Odyssey, Scarface, Honda Odyssey, Etc.) Happy Gilmore.

*Ch.13 Tumor Ch.14 Exit 8 I-495*

26. Ch.14 "Exit 8 I-495" Which goes Int front of John F. Kennedy Airport + 95 (Same Road) goes in front of John F. Kennedy Space Center (N.A.S.A.) where I live.

27. Ch.14 Bert Johnson says "I'm from the Gutter." It's A Line In the 1983 Version Scarface. I'm from Florida + I have A Scar on my face.

*Red is my Favorite color.*

*Ch.17 "Red" Robe Closet Rated X*

28. Ch.14 Bert Johnson says "I want you to go to work for Me" speaking to Arthur. Same line in Scarface "Frank says it to Tony." Hint: It's Me.

*See All other Films*

*Ch.19 Red shirt Ferrari*

29. "Scarface" 1983, Remake 2003, 20th Anniversary. "Arthur" 1981, 9-11 Events 2001, 20th Anniversary. I had nothing to do with it, But It's Me. Also See "Black Hawk Down" 2001. Rangers were an English Unit + my name is in "Black Hawk Down" It's Me I was A Ranger in 2001.

*See Ch.21 Living Room You can't Land A Plane In*

Threatening Me with A Bank In Arizona. Some Year 2001..

Comment
Ch. 20
on Susan

Susan's
A Blonde.
See All other
Films.

30. Ch. 18 "Arthur's German made Porcshe"
I'm German + the word Epitome comes to mind.
Same scene "Arthur 3" written on the Door
of the German Made Porcshe." I'm Arthur
the 3rd. It's me. 3rd Generation Arthur. 40 more
In my Family.

says Liza
Minnelli

31. Ch. 22 "I like A Room you can Land A Plane In"
"1981 Arthur"+"2001 Plane Crash 9-11 Events"
I had nothing to do with It but it seems it's me.

Cowboy
themes
see all
other Films

32. Ch. 23 "Cavalry Hat" My Grandfather was in
the 7th Cavalry during WWII this name was Arthur.
He was 7th Cavalry Canon Troup. (See
Cannonball Run (1+2) + All other Films.)

33. Ch. 25 "Kids Today don't want to go In the Army"
I was in the Army, so was Grandfather, Great-
Grandfather, + All of my Uncle's, Etc...

Parents
Married
In 1975

34. Ch. 29 "750 Million" (See 75th RGR + I-75)
As well as James Bond 007) + All other Films.

35. Ch. 29 "Martha In Black+White" (See Searface
+ All other films on the List)

36. Ch. 30 "Arthur" on the Bumper of the Rolls
Royce.

37. Ch. 29 Arthur says "He's not Crazy, He took
the Money." I'm not telling you to
give me Peanuts. + An Appology will not
mean A Damn thing At this point.

AT-5 Document 3

Warner Bros.
Orion Pictures

38. Same Character Actors in this film that are in other films included in the Lawsuit. (Geraldine Fitzgerald, Stephen Elliot, Etc)

*Irving Metzman*

39. Same Corporations as other Films included in the Lawsuit. (W.B., Orion, Etc)

40. Their were only 2 Arthur's Alive in 1981 + 1988. Arthur Jr., Arthur III, which is why their are 2 Arthur Films. One in 1981 + one in 1988

41. Martha is 75 yrs old. (See All other Information + All other Films.) Parents got Married in 1975. Also (See J.B. 007.)

1. Stephen Elliot (Arthur 1 + 2, Beverely Hill Cop II,
2. Geraldine Fitzgerald (Arthur 1 + 2, Easy Money,
3. Paul Gleason (Arthur, Die Hard, Van Wilder,
4. Burt Bacharach (Arthur 1, 2, Austin Powers 1, 2, 3,
5. Irving Metzman (Arthur, Crocodile Dundee,
6. B. Constance Barry (Arthur, Easy Money,
7. Dudley Moore (Arthur 1, 2,
8. Liza Minnelli (Arthur 1, 2,
9. Mark Margolis (Arthur, Ace Ventura Pet Detective,

The End of the Film

Thanks To: The New York State Office Motion Picture + T.V. Developement, Mayors Office Motion Picture + T.V.

People Involved, Etc

Ed Koch. Mayor, Porsche / Audi Division, Volkswagen of America. Coca-Cola, Jack Daniels, Fendi, New York,

United States District Court
Middle District of Florida
Ocala Division

Arthur M. Notz III
      Plaintiff

Vs.

                Case Number:
                 (Look it up Yourself)

             Defendant

## Complaint

① The United States of America
     — Charges Against The United States
     of America would Include but
     are limited to.

✳ Conspiracy; against Arthur M. Notz III...

Definition of Conspiracy: 1. A conspiring, esp.
in an unlawful or harmful plot. 2. Such a plot.
3. The group taking part in such a plot. 4. A
Combining or working together [The Conspiracy of Events]

Conspiracy
Against the Person talking)
Spying on his house.
Stolen Address

## Complaint

Definition of Conspire: 1. To plan and act together secretly, esp, in order to commit a crime against someone else. 2. To combine or work together for any purpose or effect [Events conspired to ruin him] The Definition from Webster's Dictionary. The U.S. Gov., D.O.D., F.B.I., C.I.A., The Tavares Courthouse, James Baxley, Reblecca Nathanson who also is or was a cop, Leesburg Police/City of Leesburg, were & still are conspiring against me Arthur M. Notz III, & I intend on proving this in Court allthough this should never make it to court; It should be settled before it makes it to court, with a settlement. In other words the U.S. Gov. & Entities listed Above should started talking Bank Account Numbers, instead of Bull Crap Paper, & Court Hearing. The Court's already heard & sos the stupid Gov. & so has everyone else. The only thing Paper work, & Court Hearings are going to solve is giving the Gov. more time to stall so they don't have to do anything. The Gov., F.B.I., C.I.A, D.O.D,



Complaint

Leesburg Police have more eye's on my
situation than I care to talk about & all of
which are completely & fully aware of the
situation especially the Federal Government.
If the Gov. intends to do something the Gov.
should have already taken upon themselves to
do something already; As in Talking settlement
because with my name "Arthur" on a
Major Motion Picture, I can prove
Conspiracy Against me by the Gov., F.B.I., D.O.D.,
C.I.A., Leesburg Police/City of Leesburg,
Rebecca Nathanson, The Tavares Courthouse.
✱ I can even prove Grand Larceny, against
all of the above listed names. The U.S. Gov.,
F.B.I., C.I.A, P.O.D., for the Films with my info-
rmation in them; Grand Larceny, Improper
use of Public Imformation, Invasion of
Privacy; for Profit, (Libel, Slander, Defamation, by the U.S. Gov.)
✱ Conspiracy & for Criminal charges against of America
me A.M.N. II would, Include Rebecca
Nathonson, James Baxley, The Leesburg Police Dept
City of Leesburg, The Tavares Courthouse.
✱ The other charges against United States
of America or The Gov. as I refer to it
in this letter would be: Invasion of Privacy, &
Improper use of Public Imformation.



<u>Complaint</u>

✳ The charges of Invasion of Privacy, + Improper use of Public ~~Courts~~ Information, would also include the F.B.I., C.I.A., D.O.D., Etc., Etc, Etc...

② The Federal Bureau Investigation (F.B.I.)
    — Charges against (F.B.I) Federal Bureau of Investigation would Include but are not limited to.

✳ Conspiracy, Invasion of Privacy, Improper Use of Public Information all which was (for Profit) previous ~~clarified under~~ the U.S. statement.

③ The Dept. of Defense (The D.O.D.)
    — Charges would include but are not limited to.

✳ Conspiracy, Invasion of Privacy, Improper use of Public Information for Profit, + for Profit Margins.

④ The Central Intelligence Agency (C.I.A)
    — Charges against the (C.I.A.) would include but are not limited to.

✳ Conspiracy, Invasion of Privacy for profit,



<u>Complaint</u>

* Improper use of *Public* Information, for Profit.

⑤ The Tavares Courthouse
    — Charges against the Tavares
      Courthouse would *include* but
      are not limited to.

* Conspiracy against me Arthur M Notz III
for criminal charges in Tavares.

* Also some levels of Entrapment by the
F.B. I., The Tavares Courthouse, James Baxley
Rebecca Nathanson, & The Leesburg Police
Dept./City of Leesburg...

* Wrongfull Charges of Trespassing, &
Stalking on L.S.C.C. campus. Leesburg Campus.

* Libel, Slander, & Defamation by
damaging one's reputation wild
Accusation of being A stalker, &
Trespassing. All of which are not true.

⑥ The Leesburg Police Dept./City of Leesburg
    — Charges against The Leesburg
      Police Dept./City of Leesburg
      would include but are not
      limited to.

* Conspiracy, Entrapment, Wrongful Charges,



## Complaint

\* of Trespassing on Lake/Sumter/Comm-
unity College (LSCC) Campus. Leesburg campus.
\* Libel, Slander, & Defamation by damaging
one's reputation with such wild accusation
of Tresspassing, when I was a member
of L.S.C.C. & have some 30 college
credit their at the Leesburg campus.
Went their from 2005 to 2008
and was a A pedestrian at that time
not a trespasser, & was not even on
that property when Leesburg Police Dept/
City of Leesburg tried to serve me with
such a Trespassing order, that was unlawful.
\* Entrapment would include the Entire
situation. from a the "Arthur" Film, to
Joe Dirt, Bad Boys II, Scarface, to the
charges in & of it's self.
① James Baxley
— Charges against James Baxley
would Include but are
not limited to.
\* Conspiracy, Wrongful charges of Stalking,
& Trespassing, Entrapment, Libel, Slander,
& Defamation for Damage one's reputation
with such lose Insinuations of Stalking+Trespassing.



Complaint

⑧ Rebbecca Nathanson
   — Charges against Rebecca
     Nathanson would Include
     but are not limited to.
✳ Conspiracy, Wrongful charges of Stalking, ✝(L.S.C.C.)
Trespassing, Libel, Slander, + Defamation for
Damaging my ~~~~~ Reputation/Credit
by making charges stick with her police
contacts with law Enforement in the
area because she was or still is A Cop.

⑨ Lifestream
           — Charges against Lifestream
             would Include but are not
             limited to.
✳ Libel, Slader, Defamation by damaging my
Reputation with accusations of Delusions.
With name on A Major Motion Picture w/ 5.
pages of supporting Evidedence, 4 yrs. military
+ Secret Security Clearance approved by the
F.B. I. + U.S. Goverment. Not to mention
15 yrs. w/ A Cleft Palate + A child
Psychologist for 16yrs. w/ nothing but solid
+ ~~~~~ ~~~~~ Positive Reports,



## Complaint

about "Arthur's" Psychological statis.
One more thing I have more than
40 "Arthur's" in my family.

## End Statement

* I have to much evidence to even fit
under the counter at Ocala Divisional
Courthouse. I have 2 large suit cases + 2 boxes
full of Evidence Against Everyone.

* I do not supply my enemies especially
enemies with more eye's than I have;
with ammunition to use against me in
the Court Room or turn against me before
I even get to the Court Room. Enough
Evidence has been given + reasons + Explainations
have been given for the problems + Delay's,
Enlight of new Evidence.

* All Gov. Entities including the F.B.I., A.O.D.,
C.I.A., The United States of America are using my
Public Information to Float Multi-Conglomerate
Corporation by using the Film Industry + my

## Complaint



Public + Private personal Information.
Invasion of Privacy, Improper use of public
Information. I have given A list
of Companies, I have an even longer
list + more Evidence ~~regarding~~ regarding
the list of Corporation + Conglomerate
companies. Not to mention more
than 200 Films with my information
in these 200 Films, both public +
personal information, also against
Everyone included in the Lawsuit.

\* My Advise to the United States of America,
F.B.I., D.O.D., C.I.A. is to settle this Lawsuit.

\* My Advise to the Rebbecca Nathonson is
to drop the "Stalking" charges because I
was not stalking her.

\* My Advise to the James Baxley is to drop
all charges. Same goes to Tavares Courthouse,
Leesburg Police Dept./City of Leesburg.

My Lawsuit will prevail over all including
the Federal Gov. or the Fed. Gov. is not upholding the law.



## Complaint

✳ The United States of America is charged with using my Information to "float" large multi-national + International Conglomerate Corporations off of my Information both personal + private, + my name is "Arthur" Melvin ⬛ Notz III. Improper use of Public Information Invasion of Privacy, + Conspiracy against me "Arthur" Melvin Notz III. Also includes "Floating."

✳ Reason their were Amendments to the Lawsuit. New Evidence from the 3rd "Arthur" Film that was not released until after August on DVD in 2011. Also their was new Evidence Discovered on two other Films to support my case against Leesburg Police Dept./City of Leesburg, Rebecca Nathanson, James Barley, The Tavares Courthouse, + the F.B.I. The Two other Films would include Joe Dirt, + Bad Boy II... Also my home computer Busted About 2 to 3 months Ago their for I did not have the ability to print any-thing off of my computer Chips at that time. This is more than enough reason for



## Complaint

the United States District Court, Middle District of Florida, Ocala Division to grant leniency to me for the exteniating circumstances in light of new Evidence, + Broken Computer that had to be replaced.

\* The case number was supplied to all defendants. I do not in the future supply for my enemies with Ammunition to ridicule me in the Court Room or undermine my justifaction for the lawsuit. I would also like to remind all defendants to look up the Case Number for All things related to the lawsuit because I'm an Individual not all the defendant's personal Kinko's store. Obviosly everyone has access or everyone would not be complaining Already. Their are still 6 Civil Court Summons to be served + yes, if their happens to be any further Evidence or New Evidence such as the "Arthur" Film that did not or was not released to the public until after August or new Evidence such as Joe Dirt, +



## Complaint

Bad Boys II; I will be writing more
Amendments in this Lawsuit in the
Future, however I do not foresee
any further Amendments to the
Lawsuit, but I do not own A Crystal
Ball. Did not Know the Film Industry
was going to make A, 3rd "Arthur"
Film + I also did not Know
that my computer would crash
or have a break down. Their were
also reasons for A 3rd Amendment which
would also include more New Evidence.
The Film Transformers, that would
have not been released on DVD
until Sept. 30, 2011; would also be included
as evidence against the D.O.D., State Dept.
of Florida, + U.S.A.... Enlight of all new
Evidence I don't want to hear
any complaints unless you want me
to Include an even longer list of
threats included in Transformer 1,2,3.
Most recently Transformers 3. that
was released until 9/30/11...

✳ This is not a game of 21 Question w/ my name "Arthur"





'88

[Arthur 2]
(On The Rocks)

Warner
Brothers

Rolls
Royce

1. Arthur 2 "On The Rocks" Hi my name is Arthur + no I'm not A Millionaire. I'm on The Rocks.

2. Same Characters in other Films on my list including Arthur.

3. See original Arthur to see pertanent information two both. Films.

4. Dinner at 7:00. (See all other Films) JB.007)

1 yrs. Old

5. Johnson's (Art) Gallery inside Jake + (See all other Films)

6. Same Art work in Back to School that Burt Johnson is staring at in Ch.5

Martha 75yrs Old

7. Ch. 12 "Quote" what about my new house in Fort Lauderdale?" It's Amazing out of 52 States that he say's Florida. Fort Lauderdale

Peer 17 Real World

(See Revenge of The Nerds II) It's me Everyone is talking About, That's why.

8. No, I'm not A Millionaire but in this Film neither is Arthur.

9. (5) yrs. Ago she waitressed. (See Fifth.Element, + all other Films) Apartment 5.

10. Missing hand shakes, (See Revenge of The Nerds)

11. This Film is 7 yrs. After I was born which would Make me 7 + Arthur. (See James Bond, 007)

12. Enemy's in High Places, because this LawSuit is been Known by Everyone in the Legal

community & Government have known
about for 3½ yrs.

13. Ch. 13   Johnson threatens Arthur about
Statue of Limitation. Don't threaten
me about Statue of Limitation, I don't
care if you have to go to Ranger Batt.
& get Time Extension Forms or see
that I can also hit everyone's ass with
Child Abuse as well as Everything Else.
If you want to talk Education. I'm suing
the Very People who run the Education
System so it has nothing to do with
my education. It has more to do with My
age at the time most of this was accuring
& Everyone's Manipulation & Blockade
from getting an Attorney.

14. Ch. 28   Mr. Johnson's "Business trips"
to Florida, Imagine that out of all 52 states.
I reside as well as 3 Generations. of
Arthur's.

15. Same Song in '73 J.B. 007  Ch. 29  Parade
   1. Geraldine Fitzgerald (Arthur 1, 2, Easy Money)
   2. Stephen Elliott (Arthur 1, 2, Beverly Hills Cop I)
   3. & Same Cast As the 1st Film Burt Bacharach "Close To You"
"Devotion" "My Girl" "This Guy's In Love with You"
"Love My Decision" "Secret" "The Loco-Motion" Kylie Minogue
"Gravity" "Boys Night Out" "Speed of Light" "Reflections"

Arthur Z
On The Rocks

Warner Bros.

-88

Music! "Wives & Lovers" Burt Bacharach
"Heart Light" Neil Diamond, Burt Bacharach

Thanks: New York State Governor's Office for motion
To: picture & television Development, New York
City Mayor's of Film, theatre & Broad-
Casting, Tiffany & Co.,

Uncle
Rudy 16. I owned A Choo Choo when I was
younger.

17. Johnson in Service during WW II Ch. 8
in the Pacific so was Arthur
my         Grandfather near Midway.
18. I have 20 Arthur's in my Family.
It's Me...

19. Filmed Se7en yrs. after The First
Film. See (Bach) Barbara, Catherine, 77/7/7.
Oh, I was Se7en when this Film came
out in '88.

15       20. See the First "Arthur" & 750 Million
(75 RGR., 75, other Films, & Locations.) for all
Ralph    other Information.
21. They all refer to "Arthur" by his First Name.
"Arthur"!

22. Ch. 8 Johnson (Military Man)... Cross Rifle's, Jump Boots...
Z Extra's from other Films on List.

Thanks Tiffany & co., Bergdorff Goodman, Rolls Royce, Dixieland Band,

23. Arthur has A Boy & Girl. So did my Father. Me & My Sister.

24. Ch. 17 An Inside Joke. (Art)ist's room they moved into... (See All other Films)

25. Ch. 13 She works in an (Art) Gallery. (See All other Films on List)

26. Ch. 8 Twin Towers in Background.

27. Their are 2 Arthurs Alive & 2 Films + 3 Arthur's Total...

✳ I would also like to Note that the Entire 1 hour, + 37 minutes, + 8 seconds the Film was Entirely Based on A Guy named Arthur. I am Arthur.

(41) Facts To Support This Claim. (9) Character Actors To Support This Claim. (Character Actors Carry the Tone of The Films) And Large Amounts of Misc. Evidence To Support This Claim.

[NAMES OF RELATIVES]

① Arthur 1  (My Grandfather)
② Arthur 2  (My Father)
③ Arthur 3  (Myself)
4,5,6  John Arthur, Barbara Arthur, Matthew Arthur,
7,8,9  James Arthur, Cathy Arthur, Linda Arthur,
10,11,12  Dan Arthur, J.J. Arthur, Karl Arthur,
13,14,15  Peggy Arthur, Timmy Ray Arthur, Jewel Arthur,
16,17,18  Karlton Arthur, Peggy Sue Arthur, Debbie Arthur,
19,20,21  Rebecca Arthur, Stefanie Arthur, Rachel Arthur
22,23,24  Kristen Arthur, Elmer Lee Arthur,

I HAVE MORE THAN (24) ARTHUR's
IN MY IMMEDIATE FAMILY.

A.M.N.III
3rd Amendment

~~300,000~~,000 (A Film)
(200 Films Plus)

| Equal: ~~$300,000,000,000~~ Billion Dollars | (Total) Kind Estimate (220 Films Plus) |
|---|---|
| DVD Sales & Television Airing of the Films (Law Suit Valid Till Death ) | (Not Included w/ Above Total) |
| Entire Industries And then some. (World-Wide) | (Not Included w/ Above Total) |
| State Departments | (Not Included w/ Above Total) |
| Federal Government & Federal Entities | (Not Included w/ Above Total) |
| Other (N.A.S.A., V.A., & Hospitals) ETC. | (Not Included w/ Above Total) |
| Mental Anguish, Techno-Terrorism, Aggravation, and Harassment, E.T.C. | (Not Included w/ Above Total) |
| Debase And Deface me. Improper use of Imformation, Explotation, Etc. | (Not Included w/ Above Total) |
| Federal Gov./State Dept's. Impeding The Law And Obstruction, & Corruption, ETC. | (Not Included w/ Above Total) |
| Local Authorities | (Not Included w/ Above Total) |
| Waisting 4 Years Of My Life (By not filing Law Suit & Leaving Me Exposed for 4 Yrs.) | (Not Included w/ Above Total) |
| Suntrust Bank (See Films and other Information,ETC.) | (Not Included w/ Above Total) |
| On Star by General Motors (G.M.) | (Not Included w/ Above Total) |
| Mac Dill Federal Credit Union/Grow Financial & G.M. Motors | (Not Included w/ Above Total) |
| General Motors Corporation (G.M.C.) Germanic (Well I'm not African) | (Not Included w/ Above Total) |
| LG Company (Low German) | (Not Included w/ Above Total) |
| Ford Motor Company (Ranger, and Ranger Boats, ETC.) | (Not Included w/ Above Total) |
| Honda Odyssey (See other Information...)ETC. | (Not Included w/ Above Total) |
| Toyota Matrix (See Fiilm,ETC...) | (Not Included w/ Above Total) |
| Music, (Country,Rock, Rap) Etc. | (Not Included w/ Above Total) |
| T.V. Shows (Car 54, Herbie, Lone Ranger, Power Rangers, Lion King),Etc. | (Not Included w/ Above Total) |
| Microsoft Corporation | (Not Included w/ Above Total) |
| Trying to burn me and my family. (NOT-Z) German,Etc. | (Not Included w/ Above Total) |
| Ruining Years Of My Life For The Rest Of Eternity... | (Not Included w/ Above Total) |
| Extra Specialty Items (Games, Cloths,Toys,Etc.) | (Not Included w/ Above Total) |
| Direct and Indirect Public Harassment | (Not Included w/ Above Total) |
| Publication of Direct & Indirect Personal Information (For Profit). | (Not Included w/ Above Total) |
| Government promoting (GRAFT) in the force, Exploiting _ME Especially | (Not Included w/ Above Total) |
| Lawsuit should've been filed in a reasonable & respectable time frame. | (Not Included w/ Above Total) |
| Putting A Target On My Back ETC. (Films,Etc.) | (Not Included w/ Above Total) |
| Target              (AND) | (Not Included w/ Above Total) |
| Sam's Club          (THEN) | (Not Included w/ Above Total) |
| ~~(Son)ies~~          (SOME) | (Not Included w/ Above Total) |
| Pana(Son)ic) | (Not Included w/ Above Total) |
| Wal-M(Art) Products, Etc. | (Not Included w/ Above Total) |
| K M(Art)    Products, Etc. | (Not Included w/ Above Total) |
| Sony (All Grand Theft Auto, James Bond 007, Etc., Etc., and Etc.) Etc. | (Not Included w/ Above Total) |
| Comedy Central/Def Jams | (Not Included w/ Above Total) |

| | | |
|---|---|---|
| B.B.C. | (Entire Industries) | (Not Included w/ Above Total) |
| CBS | (Television) | (Not Included w/ Above Total) |
| NBC | (Film) | (Not Included w/ Above Total) |
| ABC | (Automobiles) | (Not Included w/ Above Total) |
| 20th Century Fox | (Athletics) | (Not Included w/ Above Total) |
| H.B.O. | (Etc.) | (Not Included w/ Above Total) |
| Miramax | (Etc.) | (Not Included w/ Above Total) |
| Turner Classic T.V. (Laugh Fatory of Films & Didn't Know Until 2005 Dec.) | | (Not Included w/ Above Total) |
| The Village Roadshow, Etc. | | (Not Included w/ Above Total) |
| D.M.V. and D.O.T. (Dept. of Motor Vehicle and Dept. of Transportation) | | (Not Included w/ Above Total) |
| The Education System | | (Not Included w/ Above Total) |
| The Entire N.F.L. | | (Not Included w/ Above Total) |
| The Entire Judicial System | | (Not Included w/ Above Total) |
| Disney Theme Parks | | (Not Included w/ Above Total) |
| Warner Bothers Theme Parks (Six Flags, ETC.) Worldwide | | (Not Included w/ Above Total) |
| M.G.M. Theme Parks | | (Not Included w/ Above Total) |
| Video Games, Video Game Films ,(Halo, Lord Of Rings, Lara Croft), etc. | | (Not Included w/ Above Total) |

All Estimates Subject To Increase (NeverDecrease)  [??,???]? 5] ??,
CENTILLION ] TOTAL]         Needless to say I have an
even longer list than this one...

If the Government wants their tax money they can figure out how much it is by the number on the left, regaurdless of how much the I.R.S. wants, you are NOT touching said number (On the left) at all.  If the I.R.S. wants tax money they will NOT be subtracting from the number (On the left) at all. (600hundred(9's)*Centillion*) TAXES AT 40%  [8,832]9's]  IF ANYONE EVEN GETS THE TAXES.  GET THE NIGGER OUT OF THE OFFICE OR NO ONE WILL GET THE TAX MONEY.

| | |
|---|---|
| Warner Brothers | Callahan Filmworks |
| New Line Cinema | Gramercy Pictures |
| Universal | Castlerock Entertainment |
| Touchstone Pictues | Carolco Pictures |
| Dreamworks Pictures | Cinergi Films |
| Columbia Pictures | C2 Pictures |
| Paramount Pictures | Studio Canal Films |
| Pacific Western Films | Artisan Films  (Art)isan |
| | Amblin Films |
| Hollywood Pctures | Revolution Studio |
| Twentieth Century Fox | Jerry Bruckheimer Films |
| Walt Disney Pictures | Steven Spielberg |
| Lionsgate Films | Michael Bay |
| Dimension Pictures | Peter Segal |

| | |
|---|---|
| MTV Films | Peter Jackson |
| United Artist Films | Robert Zemeckis |
| Orion Pictures | Mario Kassar |
| Kopelson Entertainment | Andrew Vajna |
| Valhalla Pictures | James Cameron |
| Mandalay Entertainment | Arnold Schwarzenegger (Governor of California (Obstruction&Corruption) |
| Imagine Entertainment | Jonathan Mostow |
| Centropolis Entertainment | Tony Scott |
| Lightstorm Entertainment | Brian Grazer |
| Village Roadshow Pictures | Tom Shadyac |
| Miramax Pictures | Taylor Hackford |
| Happy Madison Films | Brian De Palma |
| Gordon/Silver/Davis | Ridley Scott |
| John McTiernan | Albert S. Ruddy |
| Jerry Weintraub | Rolland Emmerich |
| Michael Levy | Michael Wilson |
| Florida State Department | Albert Broccoli |
| Brittish Government and Territories | John Glen |
| U.S. Government (D.O.D.,S.S.A., Military,State Dept.,V.A., Hospital,Etc.) | 200 FILMS PLUS THEIRS MORE... |

Entities Involved

This is a list of all the Conglomerate Corporations & Film Industry. I'm not going to list all of the Films.

United States District Court
Middle District of Florida
Ocala Division

Arthur M. Notz III                    Case No.

vs.

5:22-CV-239-GAP-PRL

FILED

2022 MAY 19 PM 2:19
CLERK US DISTRICT COURT
MIDDLE DISTRICT FL
OCALA FLORIDA

## Notice To The Court

All Evidence is in over 200 Films some
of which were already provided or listed to
the Court. So, I have the Evidence. There are
to many Films to list, but I will list A few more
just so everyone gets the point + know's that
their is Enough Evidence to dismiss
Everyone Else's Arguement's against me
Arthur M. Notz III. The List of Film Evidence:

① The Transformers 1,2,3 (2007,2011)
② The A-Team (2010) Film.
③ Forrest Gump (Forrest Ranger)
④ Bad Boys 1,2
⑤ Arthur 1,2,3
⑥ Scarface 1,2 (1932 +1983)
⑦ 50 First Dates, Who Framed Roger Rabbit
⑧ Rambo 1,2,3
⑨ Con-Air
⑩ Conspiracy Theory + 2001 A Space Odyssey
⑪ Black Hawk Down

⑫ SGT. Bilko
⑬ Power Rangers
⑭ X-Men 1,2,3,4,5
⑮ Fast + The Furious 1,2,3,4
⑯ Mr. + Mrs. Smith
⑰ The Matrix 1,2,3
⑱ Lord of The Rings 1,2,3
⑲ Austin Powers 1,2,3
⑳ Last Action Hero
㉑ Die Hard 1,2,3
㉒ True Lies

Everthing w/ D next to it is Only to prove A point
+ Difficult to prove, some 30 Films. Try not to over
think the Lawsuit + the Films but I have pages

of Information + Documents, to support
Everthing, in the Court of Law. I going to say it
one last time the Evidence is in the Films.
\* The 3rd Amendment was simply signed "Arthur"
however I have signed A copy + I sending it to you
\* The Fourth Amendment was sloppy because I
was not able to Finish the letter.
\* Send me A copy of Civil Docketing if their
is Anything New I need to know. Here's $25
I. meant to send in the last letter. Send me
Copies of Everything lodged with the Court
that was not sent last time, Notice to
court, 4th + 5th Amendments, Original Complaint,
Motion to Court, Etc. You only have 10 Days to
resolve this legal Matter + the F.B.I. has A
very large Database to Cypher the Information
to determine if their is enough evidence +
to whom the Films are speaking of or refering to.
\* The Advanced Ahead of Time Knowledge
that the Gov., F.B.I., D.O.D, C.I.A., + U.S.A Gov. had
in Advance to the situation including Data-
Bases + A.I. Artificial Intelligence like Watson
the I.B.M. Super Computer who Already beat
Jeopardy Champion 74 time winner Ken Jennings
because it has A larger Database. The F.B.I. has
A similar Computer Database + can use it to
prove My Lawsuit is correct + figure out who
Arthur is by Analyzing the Information/Data
compiled. You have less than 2 weeks to do this
so stop stalling. Sending you a copy of Watson
the super Computer, List of Films, 3rd Amendment
completly signed/ Evidence the F.B.I. had

Prior Knowledge + did nothing. Proof that Every Knows Who, What, Where, When, why, + How.

## Complaint

① Floating — Floating someone's (my) Information throughout Films to carry the entire Film. To drift gently on Air, To move around vaguely and without purpose. To make Float. To put into Circulation. Not Fixed, moving About. Such as the ⬛ Information in the Films that being used Illegally, by Floating the Entire Film off of my Arthur M. Notz III's public Information.

✳ Flout — To pay no Attention to in An Insulting ⬤ or mocking way; treat with scorn. The way everyone is treating me now, because of Lawsuit I'm Filing. The Gov, + Film Industry are Infringing on my public Information, Rights, + Patience.

✳ Infringe — To Encroach; to break In. To break (a law or Agreement); violate — infringe on or upon; to break in on or Encroach on (the rights Etc. of others). Everyone is Infringing on my Patience + Rights.

② The United States of America
   — Charges would include but are not limited to.
   ① Improper use of Public Information, For Profit.
   ② Invasion of Privacy, For Profit.
   ③ Conspiracy w/ Intent (To make Profit off me Arthur M. (To Criminalize me Notz III
   ④ ⬛⬛ Floating — Using my public Info. to (make Profit from Multi- (International Corp. + Film Industry
   ⑤ Entrapment

The word Conspiracy & conspire was in 3rd Amendment Defined.

③ The F.B.I.
  - The charges include but are not limited to.
  ① SAME As U.S.A.
  ② Improper use of Public Information, for Profit.
  ③ Invasion of Privacy, for Profit.
  ④ Conspiracy w/ Intent (To make Profit off me
          - (To Criminalize me Arthur M. Notz III
  ⑤ Floating (Legal Term) Using my public
          - Info. to make Profit from multi-
  ⑥ Entrapment* International Corp, & Film Industries

④ The D.O.D.
  - The charges Includ. but are not Limited.
  ① Improper use of Public Information, for Profit.
  ② Invasion of Privacy, for Profit.
  ③ Conspiracy w/ Intent (To make Profit of Me M. Notz
  ④ Floating (Leg Term) & (To Criminalize me Arthur III
          Using my public Info. to make Profit
  ⑤ Entrapment from multi-International Corp.
          + Film Industry.

⑤ The C.I.A.
  - The charges would Include but are not limited to
  ① The same As the F.B.I. + D.O.D.

⑥ The Tavares Courthouse / City of Tavares / Neil Kelly / C.O.C.
  - The charges include but are not limited to.
  ① SAME AS 3rd Amendment. New Names.

⑦ Entrapment - to catch as in A Trap. (See Joe Dirt,
  Bad Boys I) To trick into Difficulty, as into
  Incriminating one's self. (See Current Situation w/
  Tavares, Leesburg, F.B.I., Rebecca Nathanson, Etc.)

⑧ All Evidence is in the over 200 Films, Etc.
  I can't write it all down, or send it all.

9.) Only had someone send civil Litigation form that was it nothing Else but Civil Court Summons, To Rebeca Nathanson. Leesburg Police making stuff up because I'm suing.

10.) Their was no Writing, contact, No Tresspassing, No Phone Calls, Etc. As court ordered so explain to local cops, it was a mandory court summons + Civil Litigation form that was it + she did not lodge an Attorney until 9/28/2011 + I did not know this until after 10/5/2011 after october.

12.) Evidence is in 2010 "A-Team" + 2004 "50 First Dates" ① A as in "Arthur" A-Team.
② Ft. Benning, Ga.
③ Rangers
④ Ranger Regiment
⑤ Alpha Team.
⑥ Mental Assylum

① Name, Etc
② Location of where I was stationed.
③ Designation.
④ Unit/Outfit.
⑤ Team Assigned to.
⑥ Current situation + status. Also in Film.



Sincerely,
Arthur III
M. Notz

| | | |
|---|---|---|
| Scarface (1932) (Original) | 1932 | |
| James Bond 007 Dr. No | 1962 | |
| James Bond 007 Goldfinger | 1964 | |
| The God Father 1 | 1972 | |
| James Bond 007 Live And Let Die | 1973 | |
| Magnum Force (Dirty Harry) | 1973 | |
| James Bond 007 The Man With Golden Gun | 1974 | |
| The God Father 2 | 1974 | |
| Rocky | 1976 | |
| Smokey And The Bandit | 1977 | |
| James Bond 007 The Spy Who Loved Me | 1977 | |
| Star Wars IV | 1977 | |
| Any Which Way But Loose | 1978 | |
| Animal House | 1978 | |
| James Bond 007 Mooneraker | 1979 | |
| Rocky II | 1979 | |
| Alien | 1979 D | (Only To Prove Point) |
| The Dukes Of Hazzard(T.V. & Film)Seasons 1-6 | 1979 | |
| Any Which Way You Can | 1980 | |
| Smokey And The Bandit Part 2 | 1980 | |
| Caddyshack | 1980 | |
| Star Wars V | 1980 | |
| Arthur | 1981 | |
| Road Warrior | 1981 D | (Only To Prove Point) |
| James Bond 007 For Your Eyes Only | 1981 | |
| Indiana Jones 1 | 1981 | |
| The CanonBall Run | 1981 | |
| Fast Times At Ridgement | 1982 | |
| An Officer And A Gentlemen | 1982 | |
| Rambo First Blood | 1982 | |
| Rocky III | 1982 | |
| Porky's 1 | 1982 | |
| Scarface | 1983 | |
| Smokey And The Bandit Part 3 | 1983 D | |
| Easy Money | 1983 | |
| Star Wars VI | 1983 | |
| National Lampoons Vacation | 1983 | |
| Porky's 2 | 1983 | |
| The Terminator | 1984 D | |
| Revenge Of The Nerds Panty Raid Addition | 1984 | |
| Beverly Hills Cop | 1984 | |
| Indiana Jones 2 | 1984 | |
| Back To The Future | 1985 | |
| James Bond 007 A View To A Kill | 1985 | |
| Rambo First Blood Part II | 1985 | |
| Rocky IV | 1985 D | |
| Mad Max | 1985 D | (Only To Prove Point) |

*Handwritten note (right side):* Not all Films Incuded & some are just to prove A Point but here is A List of Some of My Evidence. Against all Parties.

| | | |
|---|---|---|
| National Lampoons European Vacation | 1985 | |
| Porky's 3 | 1985 | |
| Back To School | 1986 | |
| Top Gun | 1986 D | |
| Crocodile Dundee | 1986 | |
| Aliens | 1986 D | (Only To Prove Point) |
| The Money Pit | 1986 | |
| Revenge Of The Nerds 2 Nerds In Paradise | 1987 | |
| Back To The Future Part II | 1987 | |
| James Bond 007 The Living Daylights | 1987 | |
| Beverly Hills Cop II | 1987 | |
| Leathal Weapon | 1987 | |
| Predator | 1987 | |
| Plains, Trains, And Automobiles | 1987 D | (Only To Prove Point) |
| Over The Top | 1987 | |
| Dragnet | 1987 | |
| Robo Cop 1 | 1987 D | |
| Arthur 2 On The Rocks | 1988 | |
| Die Hard | 1988 | |
| Crocodile Dundee II | 1988 | |
| Rambo III | 1988 | |
| Who Framed Roger Rabbit | 1988 | |
| Caddyshack II | 1988 | |
| Cobra | 1988 | |
| Action Jackson | 1988 | |
| Above The Law | 1988 | |
| James Bond 007 Licence To Kill | 1989 | |
| Uncle Buck | 1989 | |
| The Great Outdoors | 1989 | |
| Leathal Weapon 2 | 1989 | |
| Tango And Cash | 1989 | |
| Batman | 1989 | |
| National Lampoons Christmas Vacation | 1989 | |
| The Burbs | 1989 | |
| Indiana Jones 3 | 1989 | |
| Teenage Mutant Ninja Turtles | 1990 | |
| Home Alone | 1990 | |
| Back To The Future Part III | 1990 | |
| Die Hard 2 Die Harder | 1990 | |
| Predator 2 | 1990 | |
| Rocky V | 1990 | |
| The God Father 3 | 1990 | |
| Terminator 2 Judgement Day | 1991 | |
| The Last Boy Scout | 1991 D | |
| Teenage Mutant Ninja Turtles II | 1991 | |
| Beethoven 1 | 1991 | |
| Home Alone 2 Alone In New York | 1992 | |

| | | |
|---|---|---|
| Revenge Of The Nerds III The Next Generation | 1992 | |
| Leathal Weapon 3 | 1992 | |
| Passenger 57 | 1992 | |
| Teenage Mutant Ninja Turtle III | 1992 | |
| Under Siege | 1992 | |
| Universal Soldier | 1992 | |
| Leap Of Faith | 1992 D | (Only To Prove Point) |
| Batman Returns | 1992 | |
| Forever Young | 1992 | |
| Aliens 3 | 1993 D | |
| The Fugitive | 1993 | |
| Dazed And Confused | 1993 | |
| Demolition Man | 1993 | |
| Grumpy Old Men | 1993 D | |
| Mrs. Doubtfire | 1993 | |
| Beethoven 2 | 1993 | |
| National Lampoons Loaded Weapon 1 | 1993 | |
| Last Action Hero | 1994 | |
| The Shawshank Redemption | 1994 | |
| Forrest Gump | 1994 | |
| True Lies | 1994 | |
| Revenge Of The Nerds IV Nerds In Love | 1994 D | |
| Beverly Hills Cop III | 1994 D | |
| Ace Ventura Pet Detective | 1994 | |
| Dumb And Dumber | 1994 | |
| Maverick | 1994 | |
| The Specialist | 1995 | |
| From Dusk Till Dawn | 1995 | |
| Die Hard With A Vengance | 1995 | |
| James Bond 007 Golden Eye | 1995 | |
| SE7EN | 1995 D | |
| Bad Boys | 1995 | |
| Under Siege 2 | 1995 | |
| Species | 1995 | |
| Grumpier Old Men | 1995 D | |
| Tombstone | 1995 | |
| Braveheart | 1995 | |
| Batman Forever | 1995 | |
| Tommy Boy | 1995 | |
| Austin Powers International Man Of Mystery | 1996 | |
| Billy Madison | 1996 | |
| Ace Ventura Pet Detective 2 | 1996 | |
| The Nutty Professor | 1996 | |
| The Glimmer Man | 1996 | |
| Independence Day | 1996 | |
| Mission Impossible | 1996 | |
| Eraser | 1996 | |

| | | |
|---|---|---|
| G.I. Jane | 1996 | |
| SGT. Bilko | 1996 | |
| Black Sheep | 1996 | |
| Happy Gilmore | 1997 | |
| The Devils Advocate | 1997 | |
| Con-Air | 1997 | |
| James Bond 007 The World Is Not Enough | 1997 | |
| Men In Black | 1997 | |
| Fire Down Below | 1997 | |
| Liar Liar | 1997 D | |
| Air Force One | 1997 | |
| Batman And Robin | 1997 | |
| National Lampoons Vegas Vacation | 1997 | |
| Home Alone 3 | 1997 | |
| Conspiracy Theory | 1997 | |
| The Fifth Element | 1997 | |
| Species II | 1998 | |
| Gone In The 60 Seconds | 1998 | |
| Saving Private Ryan | 1998 | |
| Armageddon | 1998 | |
| Wildthings | 1998 | |
| The Rock | 1998 | |
| U.S. Marshalls | 1998 | |
| Leathal Weapon 4 | 1998 | |
| Varsity Blues | 1999 | |
| Big Daddy | 1999 | |
| James Bond 007 Tomorrow Never Dies | 1999 | |
| The-Out-Of-Towners | 1999 D | (Only To Prove Point) |
| The Matrix | 1999 | |
| Life | 1999 | |
| The Green Mile | 1999 | |
| American Pie | 1999 | |
| Austin Powers The Spy Who Shagged Me | 1999 | |
| Star Wars I | 2000 | |
| Space Cowboys | 2000 | |
| Nutty Professor II The Klumps | 2000 | |
| Gladiator | 2000 D | |
| Remember The Titans | 2000 | |
| Mission Impossible 2 | 2000 | |
| Men Of Honor | 2000 D | |
| Beethoven 3 | 2000 | |
| X-Men | 2001 | |
| Swordfish | 2001 D | |
| Lord Of The Rings The Fellowship Of The Ring | 2001 | |
| Crocodile Dundee Los Angeles | 2001 | |
| Lara Coft Tomb Raider | 2001 | |
| Black Hawk Down | 2001 | |

| | | |
|---|---|---|
| Oceans 11 | 2001 | D |
| The Fast And The Furious 1 | 2001 | |
| Beethoven 4 | 2001 | |
| American Pie 2 | 2002 | |
| 40 Days AND 40 Nights | 2002 | |
| Lord Of The Rings The Two Towers | 2002 | |
| Mr. Deeds | 2002 | |
| James Bond 007 Die Another Day | 2002 | |
| XXX | 2002 | |
| Austin Powers Goldmember | 2002 | |
| Men In Black II | 2002 | |
| National Lampoons Van Wilder | 2002 | |
| Star Wars II | 2003 | |
| Terminator 3 Rise Of The Machine | 2003 | |
| How To Lose A Guy In 10 Days | 2003 | |
| Lord Of Rings The Return Of The King | 2003 | |
| Bad Boys II | 2003 | |
| Lara Coft Tomb Raider (The Cradle of Life) | 2003 | |
| Old School | 2003 | |
| American Wedding | 2003 | |
| Blue Collar Comedy Tour | 2003 | |
| The Matrix Reloaded | 2003 | |
| The Matrix Revolution | 2003 | |
| Home Alone 4 Taking BackThe House | 2003 | |
| 2 Fast 2 Furious 2 | 2003 | |
| Dumb And Dumberer | 2003 | |
| Beethoven 5 | 2003 | |
| X-Men 2 | 2004 | |
| 50 First Dates | 2004 | |
| Oceans 12 | 2004 | D |
| Dawn of the Dead | 2004 | |
| Aliens VS Predator | 2004 | D |
| Troy | 2004 | D |
| Alexander | 2005 | |
| Mr. And Mrs. Smith | 2005 | |
| The Longest Yard | 2005 | |
| The Great Raid | 2005 | |
| XXX State Of The Union | 2005 | |
| Star Wars III | 2006 | |
| Mission Impossible III | 2006 | D |
| Basic Instinct 2 | 2006 | |
| The Fast And The Furious 3 Tokyo Drift | 2006 | |
| X-Men 3 | 2007 | |
| Oceans 13 | 2007 | D |
| Indiana Jones 4 | 2008 | |
| Van Wilder Freshman Year | 2009 | |
| The Fast And The Furious 4 | 2009 | |

| | | |
|---|---|---|
| Terminator Salvation | 2009 D | |
| Marshall "Eminem" Mathers / 8 Mile Road | | Music/Film |
| Curtis "50 Cent" Jackson | | Music/Film/Image/Etc. |
| Power Rangers | | Television |
| A.L.F. (F/a) | | Television |
| C.S.I. | | Television |
| C.S.I. Miami | | Television |
| C.S.I. New York | | Television |
| Are You Smarter Than A Fifth Grader | | Television |
| The Lion King | | T.V./Film |
| Walker Texas Ranger | | Television |
| Forrest Gump Restaurants | | Restaurant |
| Mac Dill Federal Credit Union/Grow Financial | | Bank |
| SunTrust | | Bank |
| General Motors Corporation | | Auto Corporation |
| Ford Motor Company | | Auto Corporation |

*(handwritten annotations)* 8 ball open threat and stole my address

open threat By the Sudges And my lawyer Phister

Stockton Hills Rd.

They've Been threatening Me.



## Complaint

Bad Boys II; I will be writing more Amendments in this Lawsuit in the Future, however I do not foresee any further Amendments to the Lawsuit, but I do not own A Crystal Ball. Did not Know the Film Industry was going to make A 3rd "Arthur" Film & I also did not Know that my computer would crash or have a break down. Their were also reasons for A 3rd Amendment which would also include more New Evidence. The Film Transformers, that would have not been released on DVD until Sept. 30, 2011; would also be included as evidence against the D.O.D, State Dept. of Florida, + U.S.A... Enlight of all new Evidence I don't want to hear any complaint's unless you want me to Include an even longer list of threats included in Transformer 1,2,3. Most recently Transformers 3. that was released until 9/30/11...

Sincerely,
Arthur M. Notz III

✱ This is not a game of 21 Question w/ my name "Arthur"

This Was signed by Arthur M. Notz III



U.S. Department of Justice
Federal Bureau of Investigation

Suite 200
7820 Arlington Expressway
Jacksonville, FL 32211-7499

Official Business
Penalty for Private Use $300

The F.B.I.
Was Notified.

$ 00.44

Notified
2009

Return
Response
some 6months
Later.

Arthur M. Notz III
21021 Shady Grove Road
Groveland, Florida. 34736
34736+9044

Tryed to
Run The Person
speaking As      Stolen Address

Department of
Veterans Affairs

NOTZ,ARTHUR MELVIN III

Florida the Sunshine State
DRIVER LICENSE CLASS E
ARTHUR MELVIN NOTZ III
21021 SHADY GROVE RD
GROVELAND, FL 34736-9044
DOB: 12-05-1981  SEX: M  HGT: 5-07
ISSUED: 06-23-2005
EXPIRES: 12-05-2011

MOTORCYCLE ALSO

I can get
some letters
sent to me
From State Dept.
I sent in 2006.

Let me put it to you this way.
Letters were also sent to 950
Pennsylvania Ave. Washington in 2007 &
2008.

I think it's safe to say that the Leesburg, Baxley, Etc., also had Prior Knowledge of the situation Including Everyone Listed on Lawsuit.

Everyone ~~Focking~~ Knows, Especially

So, Tell the ~~[scribbled out]~~ U.S. State Attorney's Office to shut Up.

With the U.S.A.

Which are most of the People listed on Lawsuit.

That's all I have to say about that. I don't here the phone Ringing.

Gov's Advanced Technology Specifically the C.I.A., F.B.I., D.O.D., & the U.S.A.

## HEADLINES

### SHRINKAGE

# BUZZ KILL

## A PORTABLE DEVICE FOR FRYING ELECTRONICS

**An enemy missile** has no strategic value if its computer is down. A high-power-microwave emitter can disable its electronics on the launchpad, leaving bystanders unharmed, and now Texas Tech University engineers have a plan to scale down the truck-size tech.

To make strong microwaves you need a lot of electricity, usually from a bulky generator. Instead the team packed small explosives into a five-foot-long, six-inch-wide tube. The detonation produces a burst of electrons, which power a microwave tube—similiar to the type in a microwave oven—that radiates microwaves. An antenna zaps those at a target, where they can cause a circuit-frying current surge in electronics. The explosion destroys the device, and although the U.S. Army funded the work for "educational purposes," it doesn't take much imagination to think of uses for a one-shot, missile-shaped electronics buster, says James Benford, a high-power-microwave expert at Microwave Sciences in California.

This spring, the Texas Tech team proved the device by firing a 100-megawatt microwave signal to an antenna 30 feet away. They are now working to pack it into a three-foot-long tube. —**EMILY STONE**



**CIRCUIT BREAKER** Microwaves cause a current surge that kills electronics.



**BUZZER BEATER** IBM's Watson will ring in with answers as fast as a human can.

### AWESOME! NOW WHAT?

# A.I. FOR $600, ALEX

## IBM'S NEW SUPERCOMPUTER TAKES ON *JEOPARDY* CHAMPS

**In 1950,** Alan Turing, the father of computer science, proposed a test for machine intelligence: Ask a human and a computer a question, and see if another person could discern the digital answer from the biological one. Now IBM engineers have devised a tougher task for Watson, their latest supercomputer: *Jeopardy*.

Next year Watson will match wits with flesh-and-blood contestants, among them perhaps 74-time champ Ken Jennings, without human help or an Internet connection. Victory will take mental agility greater than that of IBM chess champ Deep Blue, which could form strategy but not on-the-fly analysis. Watson evolved out of IBM's DeepQA research on natural-language processing, a means of digitally parsing the information in human communication. "*Jeopardy* is a great way to hone this technology," says David Ferrucci, the project leader on DeepQA.

Running on petaflops of parallel processing power, the computer's software will interpret the meaning of host Alex Trebek's pun-riddled clues, rather than just look up keywords. It will then analyze its database, including scanned textbooks, for the most likely answers. It will rank its confidence, decide whether to buzz in, answer in a robot voice, and even be able to offer supporting evidence. The fridge-size machine will do all this in seconds, matching—and possibly besting—the speed of the human brain.

Ferrucci envisions using Watson as a diagnostic tool for tech support and health care, or anything else that involves complex questions, such as science labs, where problems are often *Jeopardy*-like. "This chemical can react with potassium bicarbonate and. . ." Ferrucci trails off, awaiting the day when Watson chimes in with the answer. —**JONATHON KEATS**

**BRAIN BOX** An IBM Blue Gene computer will run Watson's programming.

CLOCKWISE FROM TOP: COURTESY JEOPARDY; "WATSON": iSTOCK; COURTESY IBM; COURTESY TEXAS TECH UNIVERSITY

**SEPTEMBER 15** The U.S. military is slated to launch two satellites into orbit that, unlike others, can track missiles through their entire trajectory.

# *Find & Circle 18: hockey*

```
S  L  Y  A  B  M  C  H  A  R  G  I  N  G  E
C  G  O  A  L  S  K  D  E  W  N  U  Y  Q  E
B  A  C  K  C  H  E  C  K  T  E  A  T  T  R
B  T  F  O  L  D  S  O  E  O  X  O  O  L  E
U  O  R  A  I  E  V  R  S  H  H  K  I  Q  F
T  E  X  S  C  W  F  M  E  S  C  N  J  O  E
R  I  F  B  C  E  A  S  R  T  E  Y  F  Z  R
H  F  M  Z  R  E  O  E  W  S  N  W  D  B  E
O  D  J  E  T  E  W  F  M  I  A  E  Z  O  L
Y  K  N  S  R  O  A  A  F  R  N  Z  C  A  B
Z  C  R  N  P  K  N  K  D  W  W  G  A  R  O
E  K  C  E  H  C  S  S  O  R  C  L  S  D  W
K  C  V  F  X  X  I  D  D  U  X  R  N  I  I
E  N  S  E  W  T  Y  S  L  O  T  Z  Q  N  N
F  Q  H  D  Z  E  N  I  L  E  U  L  B  G  G
```

Left column (vertical): V N C U G N P A R D D P Q P T X

| | | | |
|---|---|---|---|
| Back-check | Cross-check | Linesman | Timer |
| Blue line | Defense | Offside | Wings |
| Boarding | Draw | Power shot | Wrist shot |
| Body check | Elbowing | Referee | |
| Box breakout | Face-off | Scorer | |
| Center | Goals | Slot | |
| Charging | Interference | Teams | |



Visit us at www.kappapuzzles.com

*Extra 2008*

23

① Name In Puzzle. 5th Line Diagnal. NOTZ.

② Someone is playing
Perhaps w/ me + I don't like
it. 2nd line in Puzzle
is SLOTZ.

③    NOTZ very similart
to many people Know About the Lawsvit.

④ Their is A Target on my back
bigger than The Target Store.

⑤ Found At Lifestream. All Threatening Me.

⑥ Proof Everyone Knows
Somewhat
Who, What, when, where, Why, + How.

Electronic Case Filing | U.S. District Court - Middle District of Florida

# U.S. District Court
## Middle District of Florida (Ocala)
## CIVIL DOCKET FOR CASE #: 5:11-cv-00408-WTH-TBS
### Internal Use Only

Notz v. United States of America et al
Assigned to: Senior Judge Wm. Terrell Hodges
Referred to: Magistrate Judge Thomas B. Smith
Cause: 42:1983 Civil Rights Act

Date Filed: 07/18/2011
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Arthur M. Notz, III**

represented by **Arthur M. Notz, III**
21021 Shady Grove Road
Groveland, FL 34736
352/362-1639
PRO SE

V.

**Defendant**

**United States of America**

represented by **Philip R. Lammens**
US Attorney's Office - FLM
Suite 300
35 SE 1st Avenue
Ocala, FL 34471
352/547-3600
Fax: 352/547-3623
Email: philip.lammens@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Federal Bureau of Investigation**
*F.B.I.*

represented by **Philip R. Lammens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Dept. of Defense**
*The D.O.D.*

represented by **Philip R. Lammens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Central Intelligence Agency**
*The C.I.A.*

represented by **Philip R. Lammens**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Tavares Courthouse**

**Defendant**

**Baxley James**                          represented by  **Shelley B. Cridlin**
                                          Office of the Attorney General
                                          Civil Litigation Division
                                          Suite 1100
                                          501 E Kennedy Blvd
                                          Tampa, FL 33602
                                          813/258-3600
                                          Fax: 813/258-3321
                                          Email:
                                          Shelley.Cridlin@myfloridalegal.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Lifestream**                            represented by  **Barbara A. Flanagan**
                                          Wicker, Smith, O'Hara, McCoy & Ford,
                                          PA
                                          390 N Orange Ave - Ste 1000
                                          PO Box 2753
                                          Orlando, FL 32802-2753
                                          407/843-3939
                                          Fax: 407/649-8118
                                          Email: bflanagan@wickersmith.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Nathanson**                     represented by  **Lisa J. Augspurger**
                                          Bush & Augspurger, PA
                                          411 E Jackson St
                                          Orlando, FL 32801
                                          407-422-5319
                                          Fax: 407-849-1821
                                          Email: lja@bushlawgroup.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Maria Dawson Torsney**
                                          Bush & Augspurger, PA
                                          411 E Jackson St
                                          Orlando, FL 32801
                                          407-422-5319
                                          Fax: 407-849-1821
                                          Email: mdt@bushlawgroup.com

Case 5:22-cv-00239-GAP-PRL  Document 1  Filed 05/20/22  Page 92 of 95 PageID 92
Page 1
Electronic Case Filing | U.S. District Court - Middle District of Florida  Page 3 of 4

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

**Leesburg Police Dept.**        represented by **Stephanie Jo McCulloch**
McLin & Burnsed, PA
1000 W Main St
PO Box 491357
Leesburg, FL 34749
352/787-1241
Fax: 352/326-2608
Email: StephM@mclinburnsed.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

**City of Leesburg**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2011 | 1 | COMPLAINT against The Federal Bureau of Investigation, United States of America (Filing fee $ 350 receipt number OCA1281) filed by Arthur M. Notz, III.(MJT) (MJT). (Entered: 07/19/2011) |
| 07/29/2011 | 2 | Case Reassigned to Magistrate Judge Thomas B. Smith. New case number: 5:11-cv-408-Oc-10TBS. Magistrate Judge Gregory J. Kelly no longer assigned to the case. (jkl) (Entered: 07/29/2011) |
| 08/01/2011 | 3 | AMENDED COMPLAINT against The Federal Bureau of Investigation, United States of America, D.O.D., C.I.A., Tavares Courthouse, Baxley James, Lifestream, Rebecca Nathanson filed by Arthur M. Notz, III. Related document: 1 Complaint filed by Arthur M. Notz, III.(MJT) (Entered: 08/02/2011) |
| 08/04/2011 | 4 | NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 8/4/2011. (Attachments: # 1 consent forms) Copy mailed to plaintiff. (MAM) (Entered: 08/04/2011) |
| 08/16/2011 | 5 | *Second* AMENDED COMPLAINT against All Defendants filed by Arthur M. Notz, III. Related document: 3 Amended complaint filed by Arthur M. Notz, III.(MJT) (Entered: 08/16/2011) |
| 08/29/2011 | | Summons Issued as to United States of America (U.S. Attorney and U.S. Attorney General), The Federal Bureau of Investigation, The Dept. of Defense, The Central Intelligence Agency, Tavares Courthouse, Baxley James, Lifestream (care of Mike Dwyer), Rebecca Nathanson, Leesburg Police Dept.. (MJT) (Entered: 08/29/2011) |
| 09/21/2011 | 6 | CERTIFICATE of interested persons and corporate disclosure statement by Lifestream. (Flanagan, Barbara) (Entered: 09/21/2011) |

| 09/22/2011 | 7 | RETURN of service executed on 09/07/11 as to Lifestream *(Mike Dwyer)*. (MJT) (Entered: 09/22/2011) |
|---|---|---|
| 09/22/2011 | 8 | RETURN of service executed on 09/12/11 as to Baxley James. (MJT) (Entered: 09/22/2011) |
| 09/22/2011 | 9 | RETURN of service executed on 09/08/11 as to Rebecca Nathanson. (MJT) (Entered: 09/22/2011) |
| 09/22/2011 | 10 | RETURN of service executed on 09/07/11 as to Leesburg Police Dept.. (MJT) (Entered: 09/22/2011) |
| 09/27/2011 | 11 | MOTION to dismiss Plaintiff's Second Amended Complaint *With Prejudice With Memorandum of Law In Support* by Leesburg Police Dept.. (Attachments: # 1 Exhibit Exhibit "A" - Summons)(McCulloch, Stephanie) (Entered: 09/27/2011) |
| 09/28/2011 | 12 | MOTION to dismiss Plaintiff's Claims and Complaints *and Memorandum of Law* by Rebecca Nathanson (Augspurger, Lisa)(Entered: 09/28/2011) |
| 09/28/2011 | 13 | MOTION to dismiss Complaint by Lifestream. (Attachments: # 1 Exhibit Affidavit)(Flanagan, Barbara) (Entered: 09/28/2011) |
| 10/03/2011 | 14 | MOTION to dismiss Complaint by The Central Intelligence Agency, The Dept. of Defense, The Federal Bureau of Investigation, United States of America. (Attachments: # 1 Exhibit 1)(Lammens, Philip) (Entered: 10/03/2011) |
| 10/03/2011 | 15 | MOTION to quash Improper Service of Process and MOTION to Dismiss *Second Amended Complaint with Prejudice* by Baxley James. (Attachments: # 1 Exhibit A - Summons)(Cridlin, Shelley) . Modified on 10/3/2011 (MJT). (Entered: 10/03/2011) |
| 10/05/2011 | 16 | *Third* AMENDED COMPLAINT against Baxley James, Leesburg Police Dept., Lifestream, Rebecca Nathanson, Tavares Courthouse, The Central Intelligence Agency, The Dept. of Defense, The Federal Bureau of Investigation, United States of America; *adding*: City of Leesburg filed by Arthur M. Notz, III. (Document not signed.) Related document: 5 *Second* Amended complaint filed by Arthur M. Notz, III.(MJT) (Entered: 10/05/2011) |
| 10/05/2011 | 17 | MOTION for miscellaneous relief, specifically *requesting the US Marshal serve all remaining Civil Court Summons* by Arthur M. Notz, III. *(Plaintiff attached the original summons' that were issued by the Court on 08/29/11.)* (MJT) (Entered: 10/05/2011) |

*(handwritten)* Did know until After this Date.

*(handwritten)* Threatening Me Behind An 8 ball Even Court Docket.

Cer-A-Bat
(cerabat)

Tryed to KerA

Bat   And A    Transformer.

+ cerbat

# UNITED STATES POSTAL SERVICE ®

## PRIORITY® MAIL

PRIORITY MAIL
POSTAGE REQUIRED

how2rec

specified for dor
include up to
for domestic
rance.**
, a customs d

items. For details

http://pe.usps.co

NVELO
INTERNAT

Pickup,



**UNITED STATES POSTAL SERVICE.**

*Retail*

**US POSTAGE PAID**

**$9.25**

Origin: 34748
05/17/22
1151750554-05

**PRIORITY MAIL 2-DAY®**

1 Lb 0.30 Oz

**1006**

EXPECTED DELIVERY DAY: 05/19/22

C029

SHIP
TO:
207 NW 2ND ST
OCALA FL 34475-6603



**USPS TRACKING® #**

9505 5156 0157 2137 6318 15

FROM:
Arthur M. Nötz III
21021 Shady Grove Rd
Groveland Fl
34736



TO:

U.S. Fed. Court House
207 NW 2nd St.
Ocala Fl. 34475

