# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

ARTHUR M. NOTZ, III ,

    Plaintiff,

v.                                                Case No:   5:22-cv-239-GAP-PRL

DONALD TRUMP, THE PEOPLE and
THE STATE OF FLORIDA,

    Defendants

---

## ORDER

This cause comes before the Court on Plaintiff's Complaint (Doc. 1) filed May 20, 2022.

On July 6, 2022, the United States Magistrate Judge issued a report (Doc. 4) recommending that the Complaint be dismissed for lack of subject matter jurisdiction.   No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Complaint (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 21, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party